**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Wade** <br> First Name <br><br> **Darcy** <br> Middle Name <br><br> **Schindewolf** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | **Heather** <br> First Name <br><br> **Christine** <br> Middle Name <br><br> **Schindewolf** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| **2.** | **All other names you have used in the last 8 years** | **Wade** <br> First Name <br><br> _____ <br> Middle Name <br><br> **Schindewolf** <br> Last Name | **Heather** <br> First Name <br><br> _____ <br> Middle Name <br><br> **Schindewolf** <br> Last Name |
| | Include your married or maiden names and any assumed, trade names and "doing business as" names. | **Wade** <br> First Name <br><br> **D.** <br> Middle Name <br><br> **Schindewolf** <br> Last Name | **Heather** <br> First Name <br><br> **C.** <br> Middle Name <br><br> **Schindewolf** <br> Last Name |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) | _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) |

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                    Case number (if known) _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**3.** Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)

xxx – xx – __3__ __8__ __4__ __1__

OR

9xx – xx – ____ ____ ____ ____

xxx – xx – __2__ __4__ __3__ __5__

OR

9xx – xx – ____ ____ ____ ____

**4.** Your Employer Identification Number (EIN), if any.

____ ____ – ____ ____ ____ ____ ____ ____ ____
EIN

____ ____ – ____ ____ ____ ____ ____ ____ ____
EIN

____ ____ – ____ ____ ____ ____ ____ ____ ____
EIN

____ ____ – ____ ____ ____ ____ ____ ____ ____
EIN

**5.** Where you live

**19321 Stuebner Airline**
Number      Street

_____

_____

**Spring**              **TX**   **77379**
City                        State   ZIP Code

**Harris**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                        State   ZIP Code

If Debtor 2 lives at a different address:

_____
Number      Street

_____

_____

_____
City                        State   ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                        State   ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:   Tell the Court About Your Bankruptcy Case**

---

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**        Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

| | | | | |
|---|---|---|---|---|
| District | **Land & Sea Industries, LLC** | When | **07/30/2024** | Case number **24-33450** |
| | | | MM / DD / YYYY | |
| District | _____ | When | _____ | Case number _____ |
| | | | MM / DD / YYYY | |
| District | _____ | When | _____ | Case number _____ |
| | | | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, |
| | | | MM / DD / YYYY | if known _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, |
| | | | MM / DD / YYYY | if known _____ |

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No.   Go to line 12.

     ☐ Yes.   Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**                                Case number (if known) _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                        State            ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
                        Number     Street

_____

_____
City                        State            ZIP Code

---

Debtor 1    **Wade Darcy Schindewolf**

Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

---

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

---

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy.  You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐  **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐  **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐  **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐  **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐  **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐  **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    **Wade Darcy Schindewolf**

Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.  What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒  No.  Go to line 16b.
☐  Yes.  Go to line 17.

16b.  **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐  No.  Go to line 16c.
☒  Yes.  Go to line 17.

16c.  State the type of debts you owe that are not consumer or business debts.

_____

**17.  Are you filing under Chapter 7?**

☒  No.    I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐  Yes.   I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐  No
☐  Yes

**18.  How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.  How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.  How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Wade Darcy Schindewolf**

Debtor 2    **Heather Christine Schindewolf** _____    Case number (if known) _____

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Wade Darcy Schindewolf** _____    X **/s/ Heather Christine Schindewolf** _____
Wade Darcy Schindewolf, Debtor 1                        Heather Christine Schindewolf, Debtor 2

Executed on **04/22/2025** _____                        Executed on **04/22/2025** _____
                MM / DD / YYYY                                                MM / DD / YYYY

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**                                    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Julie M. Koenig**                                    Date **04/22/2025**
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Julie M. Koenig**
Printed name

**Cooper & Scully, P.C.**
Firm Name

**26310 Oak Ridge Drive**
Number          Street

**Suite 34**

_____

**Spring**                                    **TX**          **77380**
City                                          State         ZIP Code

Contact phone  **(713) 236-6800**          Email address **julie.koenig@cooperscully.com**

**14217300**                                    **TX**
Bar number                                      State

---

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Wade** | **Darcy** | **Schindewolf** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather** | **Christine** | **Schindewolf** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

---

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**19321 STUEBNER AIRLINE RD**
Street address, if available, or other description

**SPRING                TX     77379**
City                   State   ZIP Code

**Harris**
County

**19321 STUEBNER AIRLINE RD, SPRING, TX 77379**
**TR 6F-2 ABST 168 R T BLACKBURN**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims in *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
        $577,461.00                $577,461.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ Check if this is community property
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                          Case number (if known) _____

---

**1.2.**

**19321 STUEBNER AIRLINE RD**
Street address, if available, or other description

_____

**SPRING**              **TX**   **77379**
City                     State   ZIP Code

**Harris**
County

**19321 STUEBNER AIRLINE RD, SPRING, TX 77379**
**TRS 6F-2A & 6F-5A ABST 168 R T BLACKBURN**

**What is the property?**
Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$562,441.00** | **$562,441.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**
_____

☑ **Check if this is community property**
(see instructions)

---

**1.3.**

**6919 ROUND ROSE CT**
Street address, if available, or other description

_____

**SPRING**              **TX**   **77379**
City                     State   ZIP Code

**Harris**
County

**6919 ROUND ROSE CT, SPRING, TX 77379**
**LT 28 BLK 2 WINDROSE WEST SEC 9 Purchased by Mrs. Schindewolf for her son, her son is paying the mortgage to her and she then pays the mortgage company.**

**What is the property?**
Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$280,000.00** | **$280,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Home**
_____

☑ **Check if this is community property**
(see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1.  Write that number here.......................➔ | **$1,419,902.00** |

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Describe Your Vehicles** |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.**

| Make: | **Ford** |
| Model: | **F150 XL** |
| Year: | **2011** |
| Approximate mileage: | **240,000** |

Other information:
**2011 Ford F150 XL (approx. 240,000 miles)**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **$3,800.00**
**Current value of the portion you own?**   **$3,800.00**

**3.2.**

| Make: | **Ford** |
| Model: | **F350 XLT** |
| Year: | **2023** |
| Approximate mileage: | **80,000** |

Other information:
**2023 Ford F350 XLT (approx. 80,000 miles)**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **$39,600.00**
**Current value of the portion you own?**   **$39,600.00**

**3.3.**

| Make: | **Chevrolet** |
| Model: | **Malibu** |
| Year: | **2010** |
| Approximate mileage: | **96,000** |

Other information:
**2010 Chevrolet Malibu (approx. 96,000 miles)**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **$3,475.00**
**Current value of the portion you own?**   **$3,475.00**

**3.4.**

| Make: | **Lincoln** |
| Model: | **Navigator Reserve** |
| Year: | **2020** |
| Approximate mileage: | **75,000** |

Other information:
**2020 Lincoln Navigator Reserve (approx. 75,000 miles)**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **$37,350.00**
**Current value of the portion you own?**   **$37,350.00**

**3.5.**

| Make: | **Ford** |
| Model: | **F250 Super Duty Lar** |
| Year: | **2015** |
| Approximate mileage: | **268,000** |

Other information:
**2015 Ford F250 Super Duty Lariat (approx. 268,000 miles)**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **$13,725.00**
**Current value of the portion you own?**   **$13,725.00**

| Debtor 1 | **Wade Darcy Schindewolf** |
|---|---|
| Debtor 2 | **Heather Christine Schindewolf** |

Case number (if known) _____

---

**3.6.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | ☐ Debtor 1 only | |
| Model: | **F150** | ☐ Debtor 2 only | |
| Year: | **2013** | ☒ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **186,000** | ☐ At least one of the debtors and another | $8,725.00 / $8,725.00 |

Other information:
**2013 Ford F150 (approx. 15,000 miles)- Son drives this vehicle**

☒ Check if this is community property (see instructions)

---

**3.7.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mercedes-Benz** | ☐ Debtor 1 only | |
| Model: | **Sprinter Van** | ☐ Debtor 2 only | |
| Year: | **2023** | ☒ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **13,000** | ☐ At least one of the debtors and another | $61,800.00 / $61,800.00 |

Other information:
**2023 Mercedes-Benz Sprinter Van (approx. 13,000 miles)**

☒ Check if this is community property (see instructions)

---

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

---

**4.1.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Can-AM** | ☐ Debtor 1 only | |
| Model: | **6LRA** | ☐ Debtor 2 only | |
| Year: | **2024** | ☒ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | $19,606.50 / $19,606.50 |

Other information:
**2024 Can-Am 6LRA**

☒ Check if this is community property (see instructions)

---

**4.2.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Moab** | ☐ Debtor 1 only | |
| Model: | **UTV- Trailer** | ☐ Debtor 2 only | |
| Year: | **2022** | ☒ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | $7,000.00 / $7,000.00 |

Other information:
**2022 Moab UTV- Trailer**

☒ Check if this is community property (see instructions)

---

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................➔ **$195,081.50**

---

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6.** **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe..... | See continuation page(s). | **$2,510.00**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                           Case number (if known) _____

7.   **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
     music collections; electronic devices including cell phones, cameras, media players, games

     ☐ No
     ☑ Yes.  Describe.....  | See continuation page(s). |          $1,462.00

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
     stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

     ☑ No
     ☐ Yes.  Describe.....  | |

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
     canoes and kayaks; carpentry tools; musical instruments

     ☐ No
     ☑ Yes.  Describe.....  | See continuation page(s). |          $2,270.00

10.  **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

     ☐ No
     ☑ Yes.  Describe.....  | See continuation page(s). |          $850.00

11.  **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

     ☐ No
     ☑ Yes.  Describe.....  | See continuation page(s). |          $1,200.00

12.  **Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
     gold, silver

     ☐ No
     ☑ Yes.  Describe.....  | See continuation page(s). |          $4,665.00

13.  **Non-farm animals**
     *Examples:* Dogs, cats, birds, horses

     ☑ No
     ☐ Yes.  Describe.....  | |

14.  **Any other personal and household items you did not already list, including any health aids you
     did not list**

     ☑ No
     ☐ Yes.  Give specific
        information............  | |

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
     attached for Part 3.  Write the number here.................................................................➔**    $12,957.00

---

## Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                 **Current value of the
                                                                                           portion you own?**
                                                                                           Do not deduct secured
                                                                                           claims or exemptions.

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf** _____  Case number (if known) _____

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................................................................................................................... Cash: .......................... **$90.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes........................... Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account Stellar Bank Acct# 9511** | **$5,917.57** |
| 17.2. | Checking account: | **Checking account Stellar Bank Acct# 1860- Wolf's Lair Ranch, LLC (Business) $5,252.16** | **$0.00** |
| 17.3. | Checking account: | **Checking account- Wells Fargo Acct# 0481** | **$7,361.10** |
| 17.4. | Checking account: | **Checking account Stellar Bank Acct# 9503 Fabrication Management, LLC (Business) $69,047.88** | **$0.00** |
| 17.5. | Checking account: | **Checking account Stellar Bank Acct# 6598** | **$585.00** |
| 17.6. | Checking account: | **Checking account Stellar Bank Acct# 5109- Land & Sea Industries, LLC Business $47.81** | **$0.00** |
| 17.7. | Savings account: | **Savings account Wells Fargo Acct# 6272** | **$100.01** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes........................... Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them.........................  Name of entity:                               % of ownership:

| Name of entity | % of ownership | |
|---|---|---|
| **Land & Sea Industries, LLC- Chapter 11 Case No. 24-33450, Filed 7/30/2024** | **100%** | **$0.00** |
| **Fabrication Management, LLC- Estimated** | **100%** | **$100,000.00** |
| **Wolf's Lair Ranch, LLC- Estimated** | **100%** | **$477,000.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them.........................  Issuer name:

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                 Case number (if known) _____

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☑ Yes. List each
account separately.    Type of account:    Institution name:

Retirement account:   **Retirement account- Edward Jones**          $1,867.85

Retirement account:   **Retirement account Edward Jones**           $10,159.23

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................    Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes.  Give specific information     **Federal: Tax Refund.  Amt: $10,091.00**      Federal:     **$10,091.00**
about them, including whether
you already filed the returns                                                    State:            **$0.00**
and the tax years......................
                                                                                 Local:            **$0.00**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                   Case number (if known) _____

**29. Family support**
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes.  Give specific information                                    Alimony:            _____

Maintenance:        _____

Support:            _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes.  Give specific information    _____    _____

**31. Interests in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes.  Name the insurance
company of each policy
and list its value............     Company name:              Beneficiary:            Surrender or refund value:

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Home State County Mutual Insurance Company- Van Insurance** | | $0.00 |
| **Allstate Fire and Casualty Insurance Company- Auto and UTV Insurance** | | $0.00 |
| **TruStage CMFG Life Insurance** | **Heather C. Cisneros** | $6,162.48 |
| **TruStage CMFG Life Insurance** | **Heather C. Cisneros** | $8,365.54 |
| **Phoenix Accumulator Universal Life and Phoenix Estate Legacy** | **Heather C. Cisneros** | $62,394.07 |
| **AXA Life Insurance** | **Heather Schindewolf** | $0.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No
☐ Yes.  Give specific information    _____    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes.  Describe each claim........    _____    _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes.  Describe each claim........    _____    _____

**35. Any financial assets you did not already list**

☒ No
☐ Yes.  Give specific information    _____    _____

Debtor 1    **Wade Darcy Schindewolf**

Debtor 2    **Heather Christine Schindewolf**    Case number (if known) _____

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have
     attached for Part 4. Write that number here................................................................................ ➔ | **$690,093.85** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe.. | | _____

39.  **Office equipment, furnishings, and supplies**
     *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
     desks, chairs, electronic devices

☑ No
☐ Yes.  Describe.. | | _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe.. | | _____

41.  **Inventory**

☑ No
☐ Yes.  Describe.. | | _____

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                            % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe.... | | _____

44.  **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have
     attached for Part 5. Write that number here................................................................................ ➔ | **$0.00** |

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**                                   Case number (if known) _____

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own Or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes.... _____     _____

48. **Crops--either growing or harvested**

☒ No
☐ Yes. Give specific information................ _____     _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes.... _____     _____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes.... _____     _____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information................ _____     _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**...................................................................................➜   **$0.00**

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.............................................➜   **$0.00**

Debtor 1    **Wade Darcy Schindewolf**

Debtor 2    **Heather Christine Schindewolf**

Case number (if known) _____

| | |
|---|---|
| **Part 8:** | **List the Totals of Each Part of this Form** |

**55. Part 1: Total real estate, line 2**.................................................................................................➜    **$1,419,902.00**

**56. Part 2: Total vehicles, line 5**                                        **$195,081.50**

**57. Part 3: Total personal and household items, line 15**               **$12,957.00**

**58. Part 4: Total financial assets, line 36**                            **$690,093.85**

**59. Part 5: Total business-related property, line 45**                  **$0.00**

**60. Part 6: Total farm- and fishing-related property, line 52**         **$0.00**

**61. Part 7: Total other property not listed, line 54**              +   **$0.00**

**62. Total personal property.**   Add lines 56 through 61..................   **$898,132.35**    Copy personal property total   ➜  +   **$898,132.35**

**63. Total of all property on Schedule A/B.**   Add line 55 + line 62...............................................   **$2,318,034.35**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

6.   **Household goods and furnishings (details):**

| | |
|---|---|
| **1 Curio Cabinet** | **$50.00** |
| **1 Dining Table with Chairs** | **$200.00** |
| **1 Breakfast Table with Chairs** | **$50.00** |
| **1 China Cabinet** | **$100.00** |
| **1 Refrigerator** | **$90.00** |
| **1 Stove** | **$40.00** |
| **1 Microwave** | **$25.00** |
| **1 Toaster** | **$10.00** |
| **2 Deep Freezers** | **$100.00** |
| **1 Coffee Maker** | **$5.00** |
| **1 Mixer** | **$10.00** |
| **1 Blender** | **$10.00** |
| **1 Washer** | **$100.00** |
| **1 Dryer** | **$100.00** |
| **1 Sewing Machine** | **$10.00** |
| **1 Vacuum Cleaner** | **$5.00** |
| **1 Iron/Ironing Board** | **$2.00** |
| **Dishes** | **$20.00** |
| **Pots and Pans** | **$50.00** |
| **Bakeware** | **$20.00** |
| **Glassware** | **$5.00** |
| **Utensils** | **$10.00** |
| **1 Sofa** | **$120.00** |
| **1 Chair** | **$30.00** |
| **1 Entertainment Center** | **$25.00** |
| **1 End Table** | **$20.00** |
| **1 Round Display Table** | **$20.00** |
| **3 Bed with Mattresses** | **$350.00** |
| **2 Dressers** | **$40.00** |
| **2 Night Stands** | **$20.00** |
| **1 Armoire** | **$60.00** |
| **1 Bunk Bed with Mattresses** | **$85.00** |
| **2 Other Chairs** | **$60.00** |

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

| | |
|---|---|
| **4 Booster Chairs** | **$24.00** |
| **3 Child Car Seats** | **$60.00** |
| **1 Wooden Trunk** | **$20.00** |
| **5 Set of Drapes** | **$30.00** |
| **12 Picture Frames** | **$84.00** |
| **4 Bar Stools** | **$20.00** |
| **2 Stepstools** | **$5.00** |
| **3 Lamps** | **$15.00** |
| **Towels and Linens** | **$40.00** |
| **Paintings** | **$40.00** |
| **Wall Hangings and Decor** | **$100.00** |
| **6 Rugs** | **$120.00** |
| **4 Mirrors** | **$100.00** |
| **Candles/Candle Holders** | **$10.00** |

7.   **Electronics (details):**

| | |
|---|---|
| **6 Televisions** | **$540.00** |
| **2 Cell Phones** | **$400.00** |
| **2 DVD Players** | **$10.00** |
| **2 Calculators** | **$2.00** |
| **1 Computer** | **$100.00** |
| **2 Laptops** | **$200.00** |
| **2 iPads** | **$200.00** |
| **1 Wet/Dry Vac** | **$10.00** |

9.   **Equipment for sports and hobbies (details):**

| | |
|---|---|
| **2 Rods and Reels** | **$15.00** |
| **1 Tackle Box** | **$10.00** |
| **1 Sporting Knife** | **$5.00** |
| **2 Binoculars** | **$100.00** |
| **3 Ice Chests** | **$30.00** |
| **2 Archery Equipment** | **$100.00** |
| **2 Sleeping Bags** | **$10.00** |
| **1 Lantern** | **$5.00** |
| **1 Portable Stove** | **$5.00** |
| **1 Outdoor Cooking Equipment** | **$5.00** |

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**      Case number (if known) _____

| | |
|---|---:|
| **1 Circular Saw** | **$25.00** |
| **2 Drills** | **$25.00** |
| **1 Portable Generator** | **$100.00** |
| **3 Ladders** | **$30.00** |
| **30 Hand Tools** | **$50.00** |
| **2 Tool Boxes** | **$80.00** |
| **1 Chain/Hand Saw** | **$30.00** |
| **5 Gardening Tools** | **$25.00** |
| **1 Hedge Trimmer** | **$10.00** |
| **2 Lawnmowers** | **$150.00** |
| **1 Edger/Weed Eater** | **$50.00** |
| **1 Leaf Blower** | **$10.00** |
| **4 Bicycles** | **$50.00** |
| **Children's Toys** | **$100.00** |
| **Luggages** | **$50.00** |
| **Swing Set** | **$100.00** |
| **Holiday Decor** | **$120.00** |
| **2 Gun Safes** | **$500.00** |
| **Pool Equipment** | **$150.00** |
| **1 Trampoline** | **$30.00** |
| **1 Gas/Charcoal Grill** | **$30.00** |
| **1 Patio Set** | **$100.00** |
| **Plants** | **$50.00** |
| **Books and Childrens Books** | **$100.00** |
| **DVD's** | **$20.00** |

10.   **Firearms (details):**

| | |
|---|---:|
| **Colt CAR-A3, Cal. 223** | **$300.00** |
| **Glock 23, Cal. 40SW** | **$200.00** |
| **Mossberg Maverick, Cal. 243** | **$150.00** |
| **Browning BPS, Cal. 12 ga.** | **$100.00** |
| **Mossberg, Cal. 12 ga.** | **$100.00** |

11.   **Clothes (details):**

| | |
|---|---:|
| **Clothing** | **$1,000.00** |
| **Children's Clothing** | **$200.00** |

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

12.    <u>Jewelry (details):</u>

    **1 Wedding Ring**                                                                  **$4,000.00**

    **10 Other Rings- Costume**                                                    **$200.00**

    **1 Necklace**                                                                       **$140.00**

    **10 Bracelets- Costume**                                                      **$100.00**

    **10 Pair of Earrings- Costume**                                             **$100.00**

    **2 Watches**                                                                        **$125.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wade** | **Darcy** | **Schindewolf** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather** | **Christine** | **Schindewolf** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

**1. Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

**2. For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**19321 STUEBNER AIRLINE RD, SPRING, TX 77379**<br>**TR 6F-2 ABST 168 R T BLACKBURN**<br>Line from *Schedule A/B*: __1.1__ | **$577,461.00** | ☑ **$577,461.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**19321 STUEBNER AIRLINE RD, SPRING, TX 77379**<br>**TRS 6F-2A & 6F-5A ABST 168 R T BLACKBURN**<br>Line from *Schedule A/B*: __1.2__ | **$562,441.00** | ☑ **$562,441.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

**3. Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No
☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☑ No
    ☐ Yes

| Debtor 1 | **Wade Darcy Schindewolf** |
|---|---|
| Debtor 2 | **Heather Christine Schindewolf** |

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2011 Ford F150 XL (approx. 240,000 miles)**<br><br>Line from *Schedule A/B*: __3.1__ | $3,800.00 | ☑ $3,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2023 Ford F350 XLT (approx. 80,000 miles)**<br><br>Line from *Schedule A/B*: __3.2__ | $39,600.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2010 Chevrolet Malibu (approx. 96,000 miles)**<br><br>Line from *Schedule A/B*: __3.3__ | $3,475.00 | ☑ $3,475.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2015 Ford F250 Super Duty Lariat (approx. 268,000 miles)**<br>Line from *Schedule A/B*: __3.5__ | $13,725.00 | ☑ $13,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2013 Ford F150 (approx. 186,000 miles)**<br>**2013 Ford F150 (approx. 15,000 miles)- Son drives this vehicle**<br>Line from *Schedule A/B*: __3.6__ | $8,725.00 | ☑ $8,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2023 Mercedes-Benz Sprinter Van (approx. 13,000 miles)**<br>Line from *Schedule A/B*: __3.7__ | $61,800.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**1 Curio Cabinet**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Dining Table with Chairs**<br><br>Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Breakfast Table with Chairs**<br><br>Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                    Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1 China Cabinet** <br><br> Line from *Schedule A/B*: ___6___ | **$100.00** | ☒ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Refrigerator** <br><br> Line from *Schedule A/B*: ___6___ | **$90.00** | ☒ **$90.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Stove** <br><br> Line from *Schedule A/B*: ___6___ | **$40.00** | ☒ **$40.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Microwave** <br><br> Line from *Schedule A/B*: ___6___ | **$25.00** | ☒ **$25.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Toaster** <br><br> Line from *Schedule A/B*: ___6___ | **$10.00** | ☒ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Deep Freezers** <br><br> Line from *Schedule A/B*: ___6___ | **$100.00** | ☒ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Coffee Maker** <br><br> Line from *Schedule A/B*: ___6___ | **$5.00** | ☒ **$5.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Mixer** <br><br> Line from *Schedule A/B*: ___6___ | **$10.00** | ☒ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Blender** <br><br> Line from *Schedule A/B*: ___6___ | **$10.00** | ☒ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Wade Darcy Schindewolf** |
|---|---|
| Debtor 2 | **Heather Christine Schindewolf** |

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**1 Washer**<br><br>Line from *Schedule A/B*: **6** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Dryer**<br><br>Line from *Schedule A/B*: **6** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Sewing Machine**<br><br>Line from *Schedule A/B*: **6** | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Vacuum Cleaner**<br><br>Line from *Schedule A/B*: **6** | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Iron/Ironing Board**<br><br>Line from *Schedule A/B*: **6** | $2.00 | ☑ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dishes**<br><br>Line from *Schedule A/B*: **6** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Pots and Pans**<br><br>Line from *Schedule A/B*: **6** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Bakeware**<br><br>Line from *Schedule A/B*: **6** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Glassware**<br><br>Line from *Schedule A/B*: **6** | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Utensils**<br><br>Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Sofa**<br><br>Line from *Schedule A/B*: __6__ | $120.00 | ☑ $120.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Chair**<br><br>Line from *Schedule A/B*: __6__ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Entertainment Center**<br><br>Line from *Schedule A/B*: __6__ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 End Table**<br><br>Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Round Display Table**<br><br>Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 Bed with Mattresses**<br><br>Line from *Schedule A/B*: __6__ | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Dressers**<br><br>Line from *Schedule A/B*: __6__ | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Night Stands**<br><br>Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1 Armoire** <br><br> Line from *Schedule A/B*: __6__ | **$60.00** | ☑ **$60.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Bunk Bed with Mattresses** <br><br> Line from *Schedule A/B*: __6__ | **$85.00** | ☑ **$85.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Other Chairs** <br><br> Line from *Schedule A/B*: __6__ | **$60.00** | ☑ **$60.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **4 Booster Chairs** <br><br> Line from *Schedule A/B*: __6__ | **$24.00** | ☑ **$24.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **3 Child Car Seats** <br><br> Line from *Schedule A/B*: __6__ | **$60.00** | ☑ **$60.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Wooden Trunk** <br><br> Line from *Schedule A/B*: __6__ | **$20.00** | ☑ **$20.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **5 Set of Drapes** <br><br> Line from *Schedule A/B*: __6__ | **$30.00** | ☑ **$30.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **12 Picture Frames** <br><br> Line from *Schedule A/B*: __6__ | **$84.00** | ☑ **$84.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **4 Bar Stools** <br><br> Line from *Schedule A/B*: __6__ | **$20.00** | ☑ **$20.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2 Stepstools** <br><br> Line from *Schedule A/B*: **6** | $5.00 | ☑ $5.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **3 Lamps** <br><br> Line from *Schedule A/B*: **6** | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Towels and Linens** <br><br> Line from *Schedule A/B*: **6** | $40.00 | ☑ $40.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Paintings** <br><br> Line from *Schedule A/B*: **6** | $40.00 | ☑ $40.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Wall Hangings and Decor** <br><br> Line from *Schedule A/B*: **6** | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **6 Rugs** <br><br> Line from *Schedule A/B*: **6** | $120.00 | ☑ $120.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **4 Mirrors** <br><br> Line from *Schedule A/B*: **6** | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Candles/Candle Holders** <br><br> Line from *Schedule A/B*: **6** | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **6 Televisions** <br><br> Line from *Schedule A/B*: **7** | $540.00 | ☑ $540.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| | | |
|---|---|---|
| Debtor 1 | **Wade Darcy Schindewolf** | |
| Debtor 2 | **Heather Christine Schindewolf** | Case number (if known) _____ |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2 Cell Phones**<br><br>Line from *Schedule A/B*: __**7**__ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 DVD Players**<br><br>Line from *Schedule A/B*: __**7**__ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Calculators**<br><br>Line from *Schedule A/B*: __**7**__ | **$2.00** | ☑ **$2.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Computer**<br><br>Line from *Schedule A/B*: __**7**__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Laptops**<br><br>Line from *Schedule A/B*: __**7**__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 iPads**<br><br>Line from *Schedule A/B*: __**7**__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**1 Wet/Dry Vac**<br><br>Line from *Schedule A/B*: __**7**__ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Rods and Reels**<br><br>Line from *Schedule A/B*: __**9**__ | **$15.00** | ☑ **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Tackle Box**<br><br>Line from *Schedule A/B*: __**9**__ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1 Sporting Knife** Line from *Schedule A/B*: __9__ | **$5.00** | ☑ **$5.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **2 Binoculars** Line from *Schedule A/B*: __9__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **3 Ice Chests** Line from *Schedule A/B*: __9__ | **$30.00** | ☑ **$30.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **2 Archery Equipment** Line from *Schedule A/B*: __9__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **2 Sleeping Bags** Line from *Schedule A/B*: __9__ | **$10.00** | ☑ **$10.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Lantern** Line from *Schedule A/B*: __9__ | **$5.00** | ☑ **$5.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Portable Stove** Line from *Schedule A/B*: __9__ | **$5.00** | ☑ **$5.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Outdoor Cooking Equipment** Line from *Schedule A/B*: __9__ | **$5.00** | ☑ **$5.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Circular Saw** Line from *Schedule A/B*: __9__ | **$25.00** | ☑ **$25.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2 Drills**<br><br>Line from *Schedule A/B*: __9__ | **$25.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Portable Generator**<br><br>Line from *Schedule A/B*: __9__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **3 Ladders**<br><br>Line from *Schedule A/B*: __9__ | **$30.00** | ☑ **$30.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **30 Hand Tools**<br><br>Line from *Schedule A/B*: __9__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **2 Tool Boxes**<br><br>Line from *Schedule A/B*: __9__ | **$80.00** | ☑ **$80.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Chain/Hand Saw**<br><br>Line from *Schedule A/B*: __9__ | **$30.00** | ☑ **$30.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **5 Gardening Tools**<br><br>Line from *Schedule A/B*: __9__ | **$25.00** | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Hedge Trimmer**<br><br>Line from *Schedule A/B*: __9__ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **2 Lawnmowers**<br><br>Line from *Schedule A/B*: __9__ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1 Edger/Weed Eater** <br><br> Line from *Schedule A/B*: __9__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **1 Leaf Blower** <br><br> Line from *Schedule A/B*: __9__ | **$10.00** | ☑ **$10.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **4 Bicycles** <br><br> Line from *Schedule A/B*: __9__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Children's Toys** <br><br> Line from *Schedule A/B*: __9__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Luggages** <br><br> Line from *Schedule A/B*: __9__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Swing Set** <br><br> Line from *Schedule A/B*: __9__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Holiday Decor** <br><br> Line from *Schedule A/B*: __9__ | **$120.00** | ☑ **$120.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **2 Gun Safes** <br><br> Line from *Schedule A/B*: __9__ | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: **Pool Equipment** <br><br> Line from *Schedule A/B*: __9__ | **$150.00** | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |

| Debtor 1 | **Wade Darcy Schindewolf** | |
|---|---|---|
| Debtor 2 | **Heather Christine Schindewolf** | Case number (if known) _____ |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1 Trampoline**<br><br>Line from *Schedule A/B*: __9__ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Gas/Charcoal Grill**<br><br>Line from *Schedule A/B*: __9__ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**1 Patio Set**<br><br>Line from *Schedule A/B*: __9__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Plants**<br><br>Line from *Schedule A/B*: __9__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Books and Childrens Books**<br><br>Line from *Schedule A/B*: __9__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**DVD's**<br><br>Line from *Schedule A/B*: __9__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Colt CAR-A3, Cal. 223**<br><br>Line from *Schedule A/B*: __10__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Glock 23, Cal. 40SW**<br><br>Line from *Schedule A/B*: __10__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Clothing**<br><br>Line from *Schedule A/B*: __11__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Children's Clothing** <br><br> Line from *Schedule A/B*: __11__ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **1 Wedding Ring** <br><br> Line from *Schedule A/B*: __12__ | **$4,000.00** | ☑ **$4,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **10 Other Rings- Costume** <br><br> Line from *Schedule A/B*: __12__ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **1 Necklace** <br><br> Line from *Schedule A/B*: __12__ | **$140.00** | ☑ **$140.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **10 Bracelets- Costume** <br><br> Line from *Schedule A/B*: __12__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **10 Pair of Earrings- Costume** <br><br> Line from *Schedule A/B*: __12__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **2 Watches** <br><br> Line from *Schedule A/B*: __12__ | **$125.00** | ☑ **$125.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Retirement account- Edward Jones** <br><br> Line from *Schedule A/B*: __21__ | **$1,867.85** | ☑ **$1,867.85** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description: **Retirement account Edward Jones** <br><br> Line from *Schedule A/B*: __21__ | **$10,159.23** | ☑ **$10,159.23** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Home State County Mutual Insurance Company- Van Insurance** Line from *Schedule A/B*: __**31**__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Allstate Fire and Casualty Insurance Company- Auto and UTV Insurance** Line from *Schedule A/B*: __**31**__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **TruStage CMFG Life Insurance** Line from *Schedule A/B*: __**31**__ | $6,162.48 | ☑ $6,162.48 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **TruStage CMFG Life Insurance** Line from *Schedule A/B*: __**31**__ | $8,365.54 | ☑ $8,365.54 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Phoenix Accumulator Universal Life and Phoenix Estate Legacy** Line from *Schedule A/B*: __**31**__ | $62,394.07 | ☑ $62,394.07 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **AXA Life Insurance** Line from *Schedule A/B*: __**31**__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Wade** First Name | **Darcy** Middle Name | **Schindewolf** Last Name |
| Debtor 2 (Spouse, if filing) | **Heather** First Name | **Christine** Middle Name | **Schindewolf** Last Name |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) _____ | | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2.  **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1**

| Allegiance Bank |
|---|
Creditor's name

**1302 West Davis Street**
Number       Street

**Ste. A**

_____

| **Conroe** | **TX** | **77304** |
|---|---|---|
City       State   ZIP Code

**Who owes the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  **09/2022**

**Describe the property that secures the claim:**

**2022 Moab UTV**

|  | $8,834.00 | $7,000.00 | $1,834.00 |
|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Automobile**

Last 4 digits of account number   **4   7   5   8**

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $8,834.00 |
|---|

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**Fifth Third Bank**
Creditor's name
**Attn: Bankruptcy**
Number     Street
**Maildrop RCS83E 1830 E Paris Ave S**


**Grand Rapids      MI      49546**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred  **08/2022**

Describe the property that secures the claim:

**2023 Mercedes-Benz Sprinter Van (approx. 13,000 mi**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Recreational**

Last 4 digits of account number   **5   7   9   9**

| | $165,782.45 | $61,800.00 | $103,982.45 |
|---|---|---|---|

---

**2.3**

**Ford Motor Credit**
Creditor's name
**Bankruptcy Department**
Number     Street
**PO Box 35911**


**Cleveland        OH      44135-0911**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred  **5/2023**

Describe the property that secures the claim:

**2023 Ford F350 XLT (approx. 80,000 miles)**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Auto**

Last 4 digits of account number   **7   1   4   2**

| | $70,550.04 | $39,600.00 | $30,950.04 |
|---|---|---|---|

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $236,332.49 |
|---|

04/22/2025 01:43:35pm

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

**Select Portfolio Servicing, Inc**
Creditor's name
**Attn: Bankruptcy Dept**
Number      Street
**PO Box 65250**

**Salt Lake City      UT   84165**
City                State   ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**

**Joint debtor purchased this home for her son, he pays the note**

Describe the property that secures the claim:

**6919 ROUND ROSE CT, SPRING, TX 77379**

$205,234.53 | $280,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage**

Last 4 digits of account number   **2  6  5  6**

---

**2.5**

**Sheffield Financial**
Creditor's name
**Attn: Bankruptcy**
Number      Street
**PO Box 1704**

**Clemmons      NC   27012**
City                State   ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**   **11/2023**

Describe the property that secures the claim:

**2024 Can-Am 6LRA**

$19,372.01 | $19,606.50

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Secured**

Last 4 digits of account number   **4  4  0  6**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

$224,606.54

04/22/2025 01:43:35pm

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

| | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| **Part 1:** | | | | |

| 2.6 |
|---|

Describe the property that secures the claim:

**2020 Lincoln Navigator Reserve (approx. 75,000 mil**

$31,608.10          $37,350.00

**TD Auto Finance**
Creditor's name
**Attn: Bankruptcy**
Number     Street
**PO Box 9223**

_____

**Farmington Hills   MI    48333-9223**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**   **10/2021**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Automobile**

**Last 4 digits of account number**    **8   8   4   7**

Add the dollar value of your entries in Column A on this page. Write that number here:

$31,608.10

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$501,381.13

Official Form 106D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 4

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

| 1 | **Lincoln Automotive Finance** | On which line in Part 1 did you enter the creditor? | **2.3** |
|---|---|---|---|

Name
**Attn: Bankrutcy**                                   Last 4 digits of account number      ___ ___ ___ ___
Number        Street
**PO Box 542000**

_____

**Omaha**                              **NE**      **68154**
City                                State      ZIP Code

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u>Wade</u><br>First Name</td><td><u>Darcy</u><br>Middle Name</td><td><u>Schindewolf</u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><u>Heather</u><br>First Name</td><td><u>Christine</u><br>Middle Name</td><td><u>Schindewolf</u><br>Last Name</td></tr>
</table>

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $0.00 | $0.00 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**1919 Smith St.**
Number          Street
**Stop 5024 HOU**
_____
**Houston**          **TX**     **77002**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 1:** | Your PRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

### 2.2

| | $24,269.17 | $24,269.17 | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
Priority Creditor's Name
**Insolvency Department**
Number     Street
**PO Box 7346**

**Philadelphia        PA     19101-7346**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   6/30/2024

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other.  Specify

### 2.3

| | $0.00 | $0.00 | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
Priority Creditor's Name
**STOP 6692 AUSC**
Number     Street

**Austin              TX     73301-0030**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other.  Specify

### 2.4

| | $0.00 | $0.00 | $0.00 |
|---|---|---|---|

**TEXAS COMPTROLLER OF PUBLIC ACCOUN**
Priority Creditor's Name
**111 E. 17TH STREET**
Number     Street
**AUSTIN, TX 78774-0100**

**Attn:  Bankruptcy Dept**

City              State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other.  Specify

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                      Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

**3S Service Group, LLC**                               $1.00
Nonpriority Creditor's Name
**733 Telmark Trail**
Number        Street

**Frisco**                    **TX**    **75034**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Business Account**

**4.2**                                          $1.00

**3S Steel Services, LLC**
Nonpriority Creditor's Name
**733 Telmark Trail**
Number        Street

**Frisco**                    **TX**    **75034**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Business Account**

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.3**                                                                            **$1.00**

**AA Welding**
Nonpriority Creditor's Name
**23926 Swallowtail Ln**
Number        Street

_____

**New Caney**          **TX**    **77357**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

---

**4.4**                                                                            **$1.00**

**AAP Metals, LLC**
Nonpriority Creditor's Name
**8411 Irvington Blvd**
Number        Street
**Suite A**

_____

**Houston**            **TX**    **77022**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

---

**4.5**                                                                            **$1.00**

**Able Insulation Contractors, Inc**
Nonpriority Creditor's Name
**PO Box 75083**
Number        Street

_____

**Houston**            **TX**    **77275**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

---

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.6 | | $1.00 |

**Access Casters**
Nonpriority Creditor's Name
**PO Box 43138**
Number        Street

**Chicago**                    **IL      60643**
City                          State    ZIP Code

Last 4 digits of account number    **N    3    7    9**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Account**

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| 4.7 | | $1.00 |

**Accu Test Labs L.L.P.**
Nonpriority Creditor's Name
**6722 Guhn Rd.**
Number        Street

**Houston**                    **TX      77040**
City                          State    ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Account**

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| 4.8 | | $1.00 |

**Action Stainless & Alloys, Inc.**
Nonpriority Creditor's Name
**1505 Haley Way**
Number        Street

**Carrollton**                 **TX      75007**
City                          State    ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Account**

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.                                                                  | **Total claim** |

| 4.9 |                                                                                                    **$1.00**

**Advanced Compressed Air Solutions LLC**
Nonpriority Creditor's Name
**9421 FM2920 Rd**
Number         Street
**Bldg 23**

**Tomball**                    **TX**        **72565**
City                              State       ZIP Code
**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    _____
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Account**

| 4.10 |                                                                                                   **$1.00**

**Air -Vac**
Nonpriority Creditor's Name
**2925 E Davis St**
Number         Street

**Conroe**                    **TX**        **77301**
City                              State       ZIP Code
**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    _____
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Account**

| 4.11 |                                                                                                   **$1.00**

**AkzoNobel**
Nonpriority Creditor's Name
**International Paint, LLC**
Number         Street
**6001 Antoine Drive**

**Houston**                    **TX**        **77091**
City                              State       ZIP Code
**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    3 7 1 8
When was the debt incurred?    _____
**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Account**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.12 | | |
|---|---|---|

**Alejandro Welding**
Nonpriority Creditor's Name
**213 Newman Court**
Number      Street

$1.00

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Conroe                    TX      77303**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Business Account**

| 4.13 | | |
|---|---|---|

**Allen Serrato**
Nonpriority Creditor's Name
**17440 Crockett Forest Dr.**
Number      Street

$1.00

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Conroe                    TX      77306**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Business Account**

| 4.14 | | |
|---|---|---|

**Alro Steel**
Nonpriority Creditor's Name
**4321 N. Garnett Rd.**
Number      Street

$1.00

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Little Falls              NJ      07424**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Business Account**

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**
$236,182.00

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number      Street
**PO Box 981535**

**El Paso**           **TX**     **79998**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   0   0   3**
When was the debt incurred?   **12/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Personal Debt**

**4.16**
$29,081.00

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number      Street
**PO Box 981535**

**El Paso**           **TX**     **79998**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   0   0   3**
When was the debt incurred?   **11/2022**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Personal Debt**

**4.17**
$1.00

**Andrea San Martin**
Nonpriority Creditor's Name
**612 Spruce Dr**
Number      Street

**Conroe**           **TX**     **77302**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___
When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.18**                                                                                          **$1.00**

**Anl's Persi Weld**                                  Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**1800 Little York Rd**                               When was the debt incurred?    _____
Number       Street
**Trl #17**                                           As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**              **TX**    **77093**
City                     State   ZIP Code          Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.
☐ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                           that you did not report as priority claims
☑ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**    ☑ Other. Specify
                                                       **Business Account**
Is the claim subject to offset?
☑ No
☐ Yes

**4.19**                                                                                          **$1.00**

**Antonio Bernal**                                   Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**207 S Sandra St**                                  When was the debt incurred?    _____
Number       Street
                                                     As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Conroe**               **TX**    **77301**
City                     State   ZIP Code          Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.
☐ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                           that you did not report as priority claims
☑ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**    ☑ Other. Specify
                                                       **Business Account**
Is the claim subject to offset?
☑ No
☐ Yes

**4.20**                                                                                          **$1.00**

**Arthur Gallagher Risk Mgmt Sevices**               Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**PO Box 39735**                                     When was the debt incurred?    _____
Number       Street
                                                     As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**              **IL**    **60694**
City                     State   ZIP Code          Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.
☐ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                           that you did not report as priority claims
☑ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**    ☑ Other. Specify
                                                       **Business Account**
Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.21**                                                                                          **$1.00**

**ASME**
Nonpriority Creditor's Name
**150 Clove Road**
Number     Street

_____

**Little Falls**              **NJ**     **07424**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Account**

**4.22**                                                                                          **$1.00**

**Authorized Inspection Associates, LLC**
Nonpriority Creditor's Name
**14531 FM 529**
Number     Street
**Suite 135**

_____

**Houston**                   **TX**     **77095**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Account**

**4.23**                                                                                          **$1.00**

**Avtech Capital, LLC**
Nonpriority Creditor's Name
**6995 Union Park Center**
Number     Street
**Suite 400**

_____

**Cottonwood Heights**        **UT**     **84047**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9  5  0  9**
When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.24**                                                                                    **$1.00**

**Bass Tool & Supply, Inc.**
Nonpriority Creditor's Name
**2300 Fairway Park Dr**
Number      Street
_____

**Houston**      **TX**    **77092-7603**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Account**

---

**4.25**                                                                                    **$2,474.00**

**Baylor Radiologists**
Nonpriority Creditor's Name
**PO Box 208108**
Number      Street
_____

**Dallas**      **TX**    **75320-8108**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5  0  2  2**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Medical**

---

**4.26**                                                                                    **$1.00**

**BCI Supply**
Nonpriority Creditor's Name
**107 Gladstell Street**
Number      Street
_____

**Conroe**      **TX**    **77301**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Account**

---

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.27**    $1.00

**Beneficial Fire Protection**
Nonpriority Creditor's Name
**PO Box 093**
Number    Street

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Cypress** **TX** **77410**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Business Account**

**4.28**    $1.00

**Best Stainless Alloys**
Nonpriority Creditor's Name
**11930 Protoir St**
Number    Street

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston** **TX** **77038**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Business Account**

**4.29**    $0.00

**Blue Ridge Financial LLc**
Nonpriority Creditor's Name
**11921 Freedom Drive**
Number    Street
**Suite 1130**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Reston** **VA** **20190**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Notice Only**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.                                                                      | **Total claim** |

**4.30**                                                                                    **$1.00**

**Bobcat Crane LLC**                          Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**PO Box 663**                                When was the debt incurred?        _____
Number       Street
                                              As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
**Hillsboro**           **TX**   **76645**    ☐ Disputed
City                    State    ZIP Code
Who incurred the debt?  Check one.            Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☑ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
Is the claim subject to offset?                   **Business Account**
☑ No
☐ Yes

**4.31**                                                                                    **$1.00**

**Bolger & Co. Inc**                          Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**79 Chestnut St**                            When was the debt incurred?        _____
Number       Street
                                              As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
**Ridgewood**           **NJ**   **07450**    ☐ Disputed
City                    State    ZIP Code
Who incurred the debt?  Check one.            Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☑ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
Is the claim subject to offset?                   **Business Account**
☑ No
☐ Yes

**4.32**                                                                                    **$1.00**

**Brandon Rivera**                            Last 4 digits of account number    __ __ __ __
Nonpriority Creditor's Name
**11895 Old Montgomery Rd. #24**              When was the debt incurred?        _____
Number       Street
                                              As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
**Willis**              **TX**   **77318**    ☐ Disputed
City                    State    ZIP Code
Who incurred the debt?  Check one.            Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☑ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
Is the claim subject to offset?                   **Business Account**
☑ No
☐ Yes

Debtor 1 **Wade Darcy Schindewolf**

Debtor 2 **Heather Christine Schindewolf**

Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.33**

$1.00

**Brian Musslewhite**
Nonpriority Creditor's Name

**21747 Deep Pines Dr**
Number      Street

_____

**Porter**                    **TX**      **77365**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Account**

---

**4.34**

$1.00

**Brighton Tru-Edge Heads**
Nonpriority Creditor's Name

**P.O. Box 631547**
Number      Street

_____

**Cincinnati**                **OH**      **45263-1547**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Account**

---

**4.35**

$2,481,042.95

**Buffalo Equipment, Inc**
Nonpriority Creditor's Name

**8681 Louetta Road**
Number      Street

**Ste. 220**

_____

**Spring**                    **TX**      **77379**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Account**

---

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.36**

**$1.00**

**Burlington Automation**
Nonpriority Creditor's Name
**8 Enterprise Cres**
Number      Street
**Waterdown, ON L8B 0Y2, Canada**

_____

City                     State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Business Account**

---

**4.37**

**$1.00**

**Burton Controls, Inc**
Nonpriority Creditor's Name
**11600 S. Meridian Ave**
Number      Street

_____

**Oklahoma City          OK      73173**
City                     State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Business Account**

---

**4.38**

**$2,060.00**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 30285**

_____

**Salt Lake City          UT      84130**
City                     State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  3  5  3  2

**When was the debt incurred?** 07/2021

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Personal Debt**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |

| 4.39 | | | **$1.00** |

**Carboline Global Inc.**
Nonpriority Creditor's Name
**2150 Schuetz Road**
Number      Street

_____

**St. Louis**          **MO**      **63146**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**      __ __ __ __

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Business Account**

| 4.40 | | | **$1.00** |

**CAST**
Nonpriority Creditor's Name
**3340 GREENS RD**
Number      Street
**STE A680**

_____

**Houston**          **TX**      **77032**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**      __ __ __ __

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Business Account**

| 4.41 | | | **$1.00** |

**Charlie Hill**
Nonpriority Creditor's Name
**19747 Swan Valley Dr.**
Number      Street

_____

**Cypress**          **TX**      **77433**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**      __ __ __ __

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Business Account**

| Debtor 1 | **Wade Darcy Schindewolf** | | |
|---|---|---|---|
| Debtor 2 | **Heather Christine Schindewolf** | | Case number (if known) _____ |

---

**Part 2:**   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.42**

$35,198.79

**Chase**
Nonpriority Creditor's Name
**PO Box 15298**
Number        Street

_____

_____

**Wilmington          DE      19850-5918**
City                        State      ZIP Code

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **2   4   4   6**
When was the debt incurred?    **11/2020**

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Personal Debt**

---

**4.43**

$1.00

**CITY OF CONROE**
Nonpriority Creditor's Name
**PO BOX 3066**
Number        Street

_____

_____

**CONROE          TX      77305-3066**
City                        State      ZIP Code

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Account**

---

**4.44**

$1.00

**City Pallet, LLC**
Nonpriority Creditor's Name
**14529 Duncum St**
Number        Street

_____

_____

**Houston          TX      77015**
City                        State      ZIP Code

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Account**

---

Debtor 1     **Wade Darcy Schindewolf**
Debtor 2     **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.45**                                                                                    **$1.00**

**CMB Realty Consulting, LLC**
Nonpriority Creditor's Name
**14722 Fishers Cove**
Number        Street

_____

**Pinehurst**                **TX**      **77362**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Account**

---

**4.46**                                                                                    **$1.00**

**CMI Valve**
Nonpriority Creditor's Name
**13701 Stafford Point Drive**
Number        Street
**Ste. A**

_____

**Stafford**                 **TX**      **77477**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Account**

---

**4.47**                                                                                    **$1.00**

**Colgan-Wilson Metals, LLC**
Nonpriority Creditor's Name
**3165 Milam ST**
Number        Street

_____

**Beaumont**                 **TX**      **77701**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Account**

---

04/22/2025 01:43:41pm

| Debtor 1 | **Wade Darcy Schindewolf** |
|---|---|
| Debtor 2 | **Heather Christine Schindewolf** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.48**

$113.20

**COMMUNITY PATHOLOGY/ BAYLOR COLLE(**
Nonpriority Creditor's Name
**P.O. BOX 376500**
Number        Street

_____

**DALLAS              TX       75267-6500**
City                       State    ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   0   3   0   1

When was the debt incurred?   _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **MEDICAL**

---

**4.49**

$1.00

**Conroe Bolt & Fastner Products**
Nonpriority Creditor's Name
**1775 Loop 336 E.**
Number        Street
**Suite 11**

_____

**Conroe              TX       77301**
City                       State    ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

---

**4.50**

$1.00

**Conroe Instrument & Controls Co.**
Nonpriority Creditor's Name
**P.O. Box 2162**
Number        Street

_____

**Conroe              TX       77305**
City                       State    ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   3   7   3   9

When was the debt incurred?   _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

---

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.51 | | $1.00 |

**Conroe Welding Supply**
Nonpriority Creditor's Name
**P.O. Box 2588**
Number      Street
_____

**Conroe**             **TX**      **77305**
City                   State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Business Account**

| 4.52 | | $1.00 |

**Construct Connect**
Nonpriority Creditor's Name
**PO Box 207121**
Number      Street
_____

**Dallas**             **TX**      **75320**
City                   State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Business Account**

| 4.53 | | $1.00 |

**Controlled Automation, Inc.**
Nonpriority Creditor's Name
**P.O. Box 888**
Number      Street
_____

**Bryant**             **AR**      **72089**
City                   State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Business Account**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.54**
                                                                               **$1.00**

**CTG, INC**
Nonpriority Creditor's Name
**PO BOX 650998**
Number        Street

**Dallas**              **TX**    **75265**
City                    State   ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Business Account**

---

**4.55**
                                                                               **$1.00**

**Cubeco**
Nonpriority Creditor's Name
**1415 Harris ST**
Number        Street

**Houston**             **TX**    **77020**
City                    State   ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    2  7  5  9
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Business Account**

---

**4.56**
                                                                               **$0.00**

**Cypress Fairbanks ISD**
Nonpriority Creditor's Name
**10494 Jones Rd. #106**
Number        Street

**Houston**             **TX**    **77065**
City                    State   ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice Only**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.57** | | **$1.00**

**Delta Specialty Coatings, LLC**
Nonpriority Creditor's Name
**5738 Heiser St**
Number        Street
_____

| Houston | TX | 77087 |
City | State | ZIP Code

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Account**

---

**4.58** | | **$1.00**

**Delta Steel Inc.**
Nonpriority Creditor's Name
**P.O. Box 849086**
Number        Street
**5th Floor**
_____

| Dallas | TX | 75284-9086 |
City | State | ZIP Code

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Account**

---

**4.59** | | **$1.00**

**Direct Bolt & Supply LLC**
Nonpriority Creditor's Name
**7203 Belgold St.**
Number        Street
**STE A**
_____

| Houston | TX | 77066 |
City | State | ZIP Code

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Account**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.60** | **$1.00**

**Double Life Corp**
Nonpriority Creditor's Name
**200 N Rockwell Ave**
Number        Street

_____

Oklahoma City          OK    73127
City                      State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Business Account**

---

**4.61** | **$1.00**

**Dynamic Laboratories, Inc.**
Nonpriority Creditor's Name
**3650 Underwood Rd**
Number        Street

_____

La Porte              TX    77571
City                      State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Business Account**

---

**4.62** | **$1.00**

**ECS Integrity LLC**
Nonpriority Creditor's Name
**13720 FM 529 Rd**
Number        Street
**STE 200**

_____

Houston               TX    77041
City                      State    ZIP Code

**Last 4 digits of account number** 9 5 2 1
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.63**

$1.00

**Eliel Lerma**
Nonpriority Creditor's Name
**19217 Avery Jane Ln.**
Number      Street

_____

**Porter                          TX      77365**
City                              State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Account**

---

**4.64**

$1.00

**Elliot Electric Supply**
Nonpriority Creditor's Name
**P.O. Box 206524**
Number      Street

_____

**Dallas                          TX      75320**
City                              State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Account**

---

**4.65**

$1.00

**Equipment Management Services**
Nonpriority Creditor's Name
**6910 S Lake Houston Pkwy**
Number      Street

_____

**Houston                        TX      77049**
City                              State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Account**

---

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                        Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

### 4.66

**Equipment Share**
Nonpriority Creditor's Name
**P.O Box 2214**
Number      Street

**Decatur            AL      35609**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8    0    7    1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Account**

**$1.00**

---

### 4.67

**ER Machining**
Nonpriority Creditor's Name
**2909 Paul Quinn St**
Number      Street

**Houston            TX      77091**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Account**

**$1.00**

---

### 4.68

**Fastshot Logistics, LLC**
Nonpriority Creditor's Name
**9033 Windmill Park Road**
Number      Street

**Houston            TX      77064**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Account**

**$1.00**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.69**                                                                                        **$1.00**

**Federal Steel Supply LLC**
Nonpriority Creditor's Name
**747 Goddard Ave**
Number      Street
_____

**Chesterfield        MO      63005**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.70**                                                                                        **$1.00**

**Fenix Workforce**
Nonpriority Creditor's Name
**12605 East Fwy**
Number      Street
**Suite 601**

**Houston             TX      77015**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.71**                                                                                        **$1.00**

**Ferguson Enterprises**
Nonpriority Creditor's Name
**PO Box 847411**
Number      Street
_____

**Dallas               TX      75284**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                                                                **Total claim**

| 4.72 | | $1.00 |

**Flagstar Financial & Financial LLC**
Nonpriority Creditor's Name
**100 Duffy Ave**
Number      Street
**Suite 402**

**Hicksville            NY      11801**
City                         State    ZIP Code

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   9   8   5   1

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify  **Business Account**

| 4.73 | | $1.00 |

**Fort Worth F & D Company**
Nonpriority Creditor's Name
**3040 Peden Road**
Number      Street

**Fort Worth            TX      76179**
City                         State    ZIP Code

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   ___  ___  ___  ___

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify  **Business Account**

| 4.74 | | $1.00 |

**Gary E. Patterson, PC**
Nonpriority Creditor's Name
**1420 Alabama St**
Number      Street

**Houston            TX      77004**
City                         State    ZIP Code

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   ___  ___  ___  ___

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify  **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.75**                                                                                   **$1.00**

**Genius Solution**
Nonpriority Creditor's Name
**251 Little Falls Dr.**
Number       Street

_____

**Wilmington           DE      19808**
City                        State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

---

**4.76**                                                                                   **$1.00**

**GFL Environmental**
Nonpriority Creditor's Name
**26777 Central Park Blvd**
Number       Street
**Suite 255**

_____

**Southfield           MI      48076**
City                        State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

---

**4.77**                                                                                   **$1.00**

**Gulf Electroquip**
Nonpriority Creditor's Name
**PO BOX 4346**
Number       Street
**Dept 109**

_____

**Houston              TX      77210**
City                        State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
|---|

---

**4.78**

$93.18

**Harvest Associates, Inc.**
Nonpriority Creditor's Name
**PO Box 1665**
Number        Street

_____

**Montgomery          TX      77356**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    4   3   7   6
**When was the debt incurred?** _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -PLLC Majeski Health and Wellness**

---

**4.79**

$259.40

**Hctra-Violations**
Nonpriority Creditor's Name
**Dept 1**
Number        Street
**PO Box 4440**

**Houston, TX 77210-44440**

City                 State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5   7   9   7
**When was the debt incurred?** _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Tolls**

---

**4.80**

$1,162.76

**Hctra-Violations**
Nonpriority Creditor's Name
**Dept 1**
Number        Street
**PO Box 4440**

**Houston, TX 77210-44440**

City                 State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?** _____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Tolls**

---

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                  Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                                                                    | **Total claim** |

4.81                                                                                                                                                           **$1.00**

**Hernandez Welding Company**
Nonpriority Creditor's Name
**23972 Mydas Fly Ln**
Number      Street

_____

**New Caney**           **TX**      **77357**
City                                State      ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

4.82                                                                                                                                                           **$1.00**

**HGG Profiling Equipment, Inc.**
Nonpriority Creditor's Name
**228 East 45th Street**
Number      Street
**Suite 9E**

_____

**New York**           **NY**      **10017-3303**
City                                State      ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

4.83                                                                                                                                                           **$1.00**

**Holloway Houston Inc**
Nonpriority Creditor's Name
**5833 Armour Dr.**
Number      Street

_____

**Houston**           **TX**      **77020**
City                                State      ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**                     Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| **4.84** | | **$1.00** |

**Houston Welders Supply LLC**
Nonpriority Creditor's Name
**11001 Wallisville rd**
Number        Street
**Bldg B**

**Houston**              **TX**      **77013**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

---

| **4.85** | | **$1.00** |

**Hufco**
Nonpriority Creditor's Name
**P.O. Box 40489**
Number        Street

**Houston**              **TX**      **77240**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   0  8  3  0
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

---

| **4.86** | | **$1.00** |

**Hydradyne, LLC**
Nonpriority Creditor's Name
**15050 FAA Blvd.**
Number        Street

**Fort Worth**           **TX**      **76155**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.87

**Industrial Piping Specialists, Inc.**
Nonpriority Creditor's Name
**P.O. Box 581270**
Number      Street

_____

Tulsa                    OK      74158
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1.00**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Business Account**

---

### 4.88

**Innovative IDM, LLC**
Nonpriority Creditor's Name
**301 W. Vista Ridge Mall Dr.**
Number      Street
**Suite 100**

_____

Lewisville               TX      75067
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1.00**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Business Account**

---

### 4.89

**Integrative ER Svs. Phys Grp Houston**
Nonpriority Creditor's Name
**PO Box 2347**
Number      Street

_____

Indianapolis             IN      46206-2347
City                     State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$352.26**

**Last 4 digits of account number**   I  E  S  1
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Medical**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.90**                                                                                          **$1.00**

**IntegriCert, LLC**                        Last 4 digits of account number    **7    2    U    S**
Nonpriority Creditor's Name
**608 Hangar Drive**                        When was the debt incurred?    _____
Number      Street
                                            As of the date you file, the claim is: Check all that apply.
_____          ☐ Contingent
                                            ☐ Unliquidated
**New Iberia**          **LA    70560**     ☐ Disputed
City              State    ZIP Code
Who incurred the debt?    Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☑ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other.  Specify
                                            **Business Account**
Is the claim subject to offset?
☑ No
☐ Yes

**4.91**                                                                                          **$1.00**

**International Paint LLC.**                 Last 4 digits of account number    ___ ___ ___ ___
Nonpriority Creditor's Name
**P.O. Box 847202**                         When was the debt incurred?    _____
Number      Street
                                            As of the date you file, the claim is: Check all that apply.
_____          ☐ Contingent
                                            ☐ Unliquidated
**Dallas**              **TX    75284-7202** ☐ Disputed
City              State    ZIP Code
Who incurred the debt?    Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☑ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other.  Specify
                                            **Business Account**
Is the claim subject to offset?
☑ No
☐ Yes

**4.92**                                                                                          **$1.00**

**Intrepid Industries**                     Last 4 digits of account number    ___ ___ ___ ___
Nonpriority Creditor's Name
**2305 S. Battleground Road**               When was the debt incurred?    _____
Number      Street
                                            As of the date you file, the claim is: Check all that apply.
_____          ☐ Contingent
                                            ☐ Unliquidated
**La Porte**            **TX    77571-9475** ☐ Disputed
City              State    ZIP Code
Who incurred the debt?    Check one.        Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☑ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other.  Specify
                                            **Business Account**
Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.93**                                                                                                        **$0.00**

**IRS**
Nonpriority Creditor's Name
**Civil Process Clerk**
Number     Street
**United States Attorney's Office S.D.Tex**

**1000 Louisiana, Ste. 2300**

**Houston**              **TX**      **77002**
City                      State    ZIP Code
Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Taxes**

**4.94**                                                                                                        **$1.00**

**ISN**
Nonpriority Creditor's Name
**3232 McKinney Ave**
Number     Street
**Suite 1500**

**Dallas**               **TX**      **75204**
City                      State    ZIP Code
Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

**4.95**                                                                                                        **$1.00**

**J&B Mobile Heavy Equipment**
Nonpriority Creditor's Name
**681 Lawrence Creek Rd**
Number     Street

**Cleveland**            **TX**      **77328**
City                      State    ZIP Code
Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.96

$1.00

**JBC Manpower, LLC**
Nonpriority Creditor's Name
**N Sam Houston Pkwy E**
Number        Street
**Suite 100**

**Houston                    TX      77060**
City                          State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Account**

4.97

$1.00

**Jefferson Morillo Diaz**
Nonpriority Creditor's Name
**14150 Wunderlich Dr**
Number        Street

**Houston                    TX      77069**
City                          State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Account**

4.98

$1.00

**Jesus Betancourt Contreras**
Nonpriority Creditor's Name
**14726 Mittlested Champions Dr Apt D**
Number        Street

**Houston                    TX      77096**
City                          State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Business Account**

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.99**

**$1.00**

**Jesus Garcia**
Nonpriority Creditor's Name
**General Labor**
Number     Street
**23593 Aestival St**

**Porter**                    **TX**     **77365**
City                          State    ZIP Code

Who incurred the debt?     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Business Account**

---

**4.100**

**$1.00**

**Jesus Urdaneta Serrano**
Nonpriority Creditor's Name
**5518 Claymore Meadow Ln**
Number     Street

**Spring**                    **TX**     **77389**
City                          State    ZIP Code

Who incurred the debt?     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Business Account**

---

**4.101**

**$1.00**

**Jhonny's Metal**
Nonpriority Creditor's Name
**27356 Coach Light Ln**
Number     Street

**New Caney**                 **TX**     **77357**
City                          State    ZIP Code

Who incurred the debt?     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Business Account**

---

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.102 | | $1.00 |
|---|---|---|

**JM Funding Group, Inc.**
Nonpriority Creditor's Name
**8310 S Valley Highway**
Number          Street
**Ste. 160**

_____

**Englewood          CO    80112**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   2   5   3   1

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Account**

| 4.103 | | $1.00 |
|---|---|---|

**Jordi Hernandez**
Nonpriority Creditor's Name
**306 Humble Tank Rd Trlr 34**
Number          Street

_____

**Conroe          TX    77304**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Account**

| 4.104 | | $1.00 |
|---|---|---|

**Jose Cerda**
Nonpriority Creditor's Name
**12507 West Hardy Rd.**
Number          Street

_____

**Houston          TX    77037**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.105 | | $890,184.00 |

**Joseph T. Ryerson & Son, Inc dba**
Nonpriority Creditor's Name
**Texas Steel Processing, Inc.**
Number   Street
**P.O. Box 731529**

**Dallas**              **TX**     **75373-1529**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Abstract of Judgment**

| 4.106 | | $1.00 |

**JP Steel, LLC**
Nonpriority Creditor's Name
**6811 FM 362 Rd.**
Number   Street

**Brookshire**           **TX**     **77423**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Account**

| 4.107 | | $1.00 |

**Kevin Hooper**
Nonpriority Creditor's Name
**730 Leaflet Ln.**
Number   Street

**Spring**               **TX**     **77388**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Account**

Debtor 1    **Wade Darcy Schindewolf**

Debtor 2    **Heather Christine Schindewolf**    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.108**    **$1.00**

**Kirenia Reyes Diaz**
Nonpriority Creditor's Name
**7807 American Holly Ct**
Number    Street

**Cypress**    **TX**    **77433**
City    State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Account**

---

**4.109**    **$1.00**

**Lee Transervices, Inc.**
Nonpriority Creditor's Name
**125 North First St.**
Number    Street

**Lufkin**    **TX**    **75901**
City    State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Account**

---

**4.110**    **$1.00**

**Leobardo Marin Ruiz**
Nonpriority Creditor's Name
**18003 Autumn Hills Dr.**
Number    Street

**Katy**    **TX**    **77449**
City    State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Account**

---

Debtor 1    **Wade Darcy Schindewolf**

Debtor 2    **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.111

**$1.00**

**Lichtgitter USA**
Nonpriority Creditor's Name
**12818 N. Lake Houston Pkwy**
Number        Street

_____

**Houston**            **TX**    **77044**
City                State    ZIP Code

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Account**

### 4.112

**$1.00**

**Lincoln Lumber, LLC**
Nonpriority Creditor's Name
**PO Box 778**
Number        Street

_____

**Conroe**            **TX**    **77305**
City                State    ZIP Code

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Account**

### 4.113

**$1.00**

**LoneStar Forklift 2017 USA, Inc**
Nonpriority Creditor's Name
**P.O BOX 561075**
Number        Street

_____

**Denver**            **CO**    **80256-1075**
City                State    ZIP Code

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Account**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

---

### 4.114

| | **$1.00** |

**Luis Cepeda Silva**
Nonpriority Creditor's Name
**3720 College Park Dr Apt #16202**
Number        Street

_____

**Conroe**                **TX**        **77384**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Business Account**

---

### 4.115

| | **$1.00** |

**Luis Sanchez**
Nonpriority Creditor's Name
**25381 Cedar Ln**
Number        Street

_____

**Splendora**            **TX**        **77372**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Business Account**

---

### 4.116

| | **$1.00** |

**Lynco Flange & Fitting**
Nonpriority Creditor's Name
**P.O. Box 926226**
Number        Street

_____

**Houston**                **TX**        **77292**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Business Account**

---

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.117 | | $1.00 |

**Lyssy & Eckel, Inc**
Nonpriority Creditor's Name
**P.O. Box 324**
Number          Street

_____

**Poth**                    **TX**    **78147**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

| 4.118 | | $1.00 |

**M-Test Montipower Test Equipment**
Nonpriority Creditor's Name
**7677 Coppermine Dr.**
Number          Street

_____

**Manassas**                **VA**    **20109**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   0  9  4  0
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

| 4.119 | | $1.00 |

**M.G. Insulation**
Nonpriority Creditor's Name
**2115 Marshall St.**
Number          Street

_____

**Pasadena**                **TX**    **77506**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                   **Total claim**

4.120                                                                            **$1.00**

**MACCO LLC**
Nonpriority Creditor's Name                  **Last 4 digits of account number**   __ __ __ __
**4369 Sapp Rd.**                            **When was the debt incurred?**       _____
Number       Street
                                             **As of the date you file, the claim is:** Check all that apply.
_____      ☐ Contingent
                                             ☐ Unliquidated
**Conroe**          **TX**    **77304**      ☐ Disputed
City                State   ZIP Code
**Who incurred the debt?**  Check one.       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other. Specify
                                                **Business Account**
**Is the claim subject to offset?**
☑ No
☐ Yes

4.121                                                                            **$1.00**

**Machitech Automation LLC**
Nonpriority Creditor's Name                  **Last 4 digits of account number**   __ __ __ __
**1199 W Newport Center Dr**                 **When was the debt incurred?**       _____
Number       Street
                                             **As of the date you file, the claim is:** Check all that apply.
_____      ☐ Contingent
                                             ☐ Unliquidated
**Deerfield Beach**    **FL**  **33442**     ☐ Disputed
City                State   ZIP Code
**Who incurred the debt?**  Check one.       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other. Specify
                                                **Business Account**
**Is the claim subject to offset?**
☑ No
☐ Yes

4.122                                                                            **$1.00**

**Madden Bolt Corp**
Nonpriority Creditor's Name                  **Last 4 digits of account number**   __ __ __ __
**13420 Hempstead Rd**                       **When was the debt incurred?**       _____
Number       Street
                                             **As of the date you file, the claim is:** Check all that apply.
_____      ☐ Contingent
                                             ☐ Unliquidated
**Houston**          **TX**    **77040**     ☐ Disputed
City                State   ZIP Code
**Who incurred the debt?**  Check one.       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other. Specify
                                                **Business Account**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.123

**Magnum Metal Treating**
Nonpriority Creditor's Name

**PO Box 1859**
Number      Street

_____

_____

**Conroe              TX      77305**
City                     State     ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1.00

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Account**

### 4.124

**Maudlin Products**
Nonpriority Creditor's Name

**1929 Hwy 146**
Number      Street

_____

_____

**Kemah              TX      77565**
City                     State     ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1.00

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Account**

### 4.125

**McCormack Fire Extinguishers Specialists**
Nonpriority Creditor's Name

**P.O. Box 1332**
Number      Street

_____

_____

**Conroe              TX      77305**
City                     State     ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1.00

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.126**                                                                                      **$1.00**

**McMaster-Carr**
Nonpriority Creditor's Name
**P.O. Box 7690**
Number    Street

_____

**Chicago**                **IL**      **60680-7690**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   6  7  2  2

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.127**                                                                                      **$1.00**

**McNichols Company**
Nonpriority Creditor's Name
**P.O. Box 779248**
Number    Street

_____

**Chicago**                **IL**      **60677-9248**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.128**                                                                                      **$1.00**

**Metal Cutting Specialist**
Nonpriority Creditor's Name
**PO Box 4356**
Number    Street
**Dept. 624**

_____

**Houston**                **TX**      **77210-4356**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.129

**Metal Servicio Beta** — $1.00
Nonpriority Creditor's Name
**14722 Mittlestedt Champions Drive**
Number    Street
**Apt C**

**Houston          TX    77069**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Account**

### 4.130

**Mill Steel Company** — $1.00
Nonpriority Creditor's Name
**2905 Lucerne Dr SE**
Number    Street

**Grand Rapids     MI    49546**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Account**

### 4.131

**MineralTech** — $0.00
Nonpriority Creditor's Name
**PO Box 377**
Number    Street

**Deweyville      TX    77614**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                          Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.                                                    **Total claim**

---

**4.132**                                                                          **$1.00**

**MineralTech Gulf Coast Abrasives, LLC**         Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**P.O. Box 4356**                                 When was the debt incurred?  _____
Number        Street
**Dept. 2274**                                    As of the date you file, the claim is: Check all that apply.
                                                  ☐ Contingent
                                                  ☐ Unliquidated
_____            ☐ Disputed

**Houston**          **TX**    **77210-4356**
City                 State    ZIP Code            Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.               ☐ Student loans
  ☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
  ☐ Debtor 2 only                                     that you did not report as priority claims
  ☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☑ At least one of the debtors and another       ☑ Other.  Specify
  ☑ **Check if this claim is for a community debt**       **Business Account**

Is the claim subject to offset?
  ☑ No
  ☐ Yes

---

**4.133**                                                                          **$1.00**

**Mitrowski Welding Equipment, Ltd**              Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**PO Box 225**                                    When was the debt incurred?  _____
Number        Street
                                                  As of the date you file, the claim is: Check all that apply.
                                                  ☐ Contingent
_____            ☐ Unliquidated
                                                  ☐ Disputed
**Houston**          **TX**    **77587**
City                 State    ZIP Code            Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.               ☐ Student loans
  ☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
  ☐ Debtor 2 only                                     that you did not report as priority claims
  ☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☑ At least one of the debtors and another       ☑ Other.  Specify
  ☑ **Check if this claim is for a community debt**       **Business Account**

Is the claim subject to offset?
  ☑ No
  ☐ Yes

---

**4.134**                                                                          **$1.00**

**Moffitt Services**                              Last 4 digits of account number  **0   3   6   1**
Nonpriority Creditor's Name
**17302 House Hahl Rd**                            When was the debt incurred?  _____
Number        Street
**#211**                                          As of the date you file, the claim is: Check all that apply.
                                                  ☐ Contingent
                                                  ☐ Unliquidated
_____            ☐ Disputed

**Cypress**          **TX**    **77433**
City                 State    ZIP Code            Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.               ☐ Student loans
  ☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
  ☐ Debtor 2 only                                     that you did not report as priority claims
  ☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☑ At least one of the debtors and another       ☑ Other.  Specify
  ☑ **Check if this claim is for a community debt**       **Business Account**

Is the claim subject to offset?
  ☑ No
  ☐ Yes

---

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

4.135                                                                                          **$1.00**

**Monday.com LTD**
Nonpriority Creditor's Name
**6 Yitzhak Sadeh Street**
Number     Street
**Tel Aviv Israel 6777506**

_____

_____
City                    State      ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

---

4.136                                                                                          **$1.00**

**MSI Supply, Inc**
Nonpriority Creditor's Name
**PO Box 24279**
Number     Street

_____

**Houston                    TX        77229**
City                    State      ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

---

4.137                                                                                          **$1.00**

**Mustang Cat**
Nonpriority Creditor's Name
**PO Box 4346**
Number     Street
**Dept 144**

_____

**Houston                    TX        77210-4346**
City                    State      ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8  9  3  1

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

---

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.138 | | **$1.00** |

**New Millennium Building Systems, LLC**
Nonpriority Creditor's Name
**7575 W. Jefferson Blvd.**
Number        Street

_____

**Fort Wayne          IN    46804**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

---

| 4.139 | | **$1,298,841.79** |

**Nfusion**
Nonpriority Creditor's Name
**6444 Burnet Road**
Number        Street
**Suite 100**

_____

**Austin              TX    78757**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

---

| 4.140 | | **$1.00** |

**North Shore Supply Co Inc**
Nonpriority Creditor's Name
**1633 Miles St**
Number        Street

_____

**Houston             TX    77015**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.141**

$1.00

**NOV Tuboscope**
Nonpriority Creditor's Name
**P.O. Box 94444**
Number       Street

_____

**Oklahoma City          OK       73143**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.142**

$1.00

**NR Staffing & Recruiting, LLC**
Nonpriority Creditor's Name
**P.O. Box 8968**
Number       Street

_____

**Spring                  TX       77387**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.143**

$1.00

**Orlando Betancourt Ferrebus**
Nonpriority Creditor's Name
**14722 C Mittlestedt Champion Dr.**
Number       Street

_____

**Houston                 TX       77069**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

Debtor 1  **Wade Darcy Schindewolf**

Debtor 2  **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

### 4.144

**$1.00**

**Packer Fastener**
Nonpriority Creditor's Name
**728 Lombardi Ave**
Number        Street

_____

**Green Bay**          **WI**    **54304**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0   5   1   9**

When was the debt incurred?  _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Business Account**

---

### 4.145

**$1.00**

**Parks Coffee**
Nonpriority Creditor's Name
**P.O. Box 110209**
Number        Street

_____

**Carrollton**          **TX**    **75011-0209**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___  ___  ___  ___

When was the debt incurred?  _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Business Account**

---

### 4.146

**$1.00**

**Pinnacle Industries, Ltd.**
Nonpriority Creditor's Name
**407 Eagle Ave.**
Number        Street

_____

**Pasadena**          **TX**    **77506**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___  ___  ___  ___

When was the debt incurred?  _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Business Account**

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.                                                                         **Total claim**

**4.147**                                                                                      **$1.00**

**Piping Technology & Products**              Last 4 digits of account number    6   0   5   5
Nonpriority Creditor's Name
**3701 Holmes Rd**                            When was the debt incurred?    _____
Number       Street
                                             As of the date you file, the claim is: Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
**Houston**            **TX**      **77051**   ☐ Disputed
City                  State    ZIP Code
Who incurred the debt?     Check one.          Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other.  Specify
Is the claim subject to offset?                  **Business Account**
☑ No
☐ Yes

**4.148**                                                                                      **$1.00**

**PPG Architechural Finishes, INC**           Last 4 digits of account number   ___ ___ ___ ___
Nonpriority Creditor's Name
**910 W Dallas**                              When was the debt incurred?    _____
Number       Street
                                             As of the date you file, the claim is: Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
**Conroe**             **TX**      **77301**   ☐ Disputed
City                  State    ZIP Code
Who incurred the debt?     Check one.          Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other.  Specify
Is the claim subject to offset?                  **Business Account**
☑ No
☐ Yes

**4.149**                                                                                      **$1.00**

**Precision Piping Products, LLC**            Last 4 digits of account number   ___ ___ ___ ___
Nonpriority Creditor's Name
**15803 Tuckerton Rd**                        When was the debt incurred?    _____
Number       Street
                                             As of the date you file, the claim is: Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
**Houston**            **TX**      **77095**   ☐ Disputed
City                  State    ZIP Code
Who incurred the debt?     Check one.          Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other.  Specify
Is the claim subject to offset?                  **Business Account**
☑ No
☐ Yes

| | |
|---|---|
| Debtor 1 | **Wade Darcy Schindewolf** |
| Debtor 2 | **Heather Christine Schindewolf** |

Case number (if known) _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.150**

$1.00

**PRO Inspection Services**
Nonpriority Creditor's Name
**3762 Kermit Hwy**
Number     Street

_____

**Odessa                TX        79764**
City                    State    ZIP Code

Who incurred the debt?     Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    2   5   0   0

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Business Account**

---

**4.151**

$1.00

**Professional Welding Supply Inc.**
Nonpriority Creditor's Name
**3000 Brittmoore Rd**
Number     Street
**BLDG B**

_____

**Houston                TX        77043**
City                    State    ZIP Code

Who incurred the debt?     Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Business Account**

---

**4.152**

$1.00

**Proweld Industrial Services LLC**
Nonpriority Creditor's Name
**2616 S Loop W**
Number     Street
**STE 650**

_____

**Houston                TX        77054**
City                    State    ZIP Code

Who incurred the debt?     Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Business Account**

---

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.153

$1.00

**PSS Industrial Group Corporation**
Nonpriority Creditor's Name
**10507 Ella Blvd**
Number      Street
**Suit 100**

**Houston**              **TX**      **77038**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Account**

### 4.154

$1.00

**QA QC Lead, LLC**
Nonpriority Creditor's Name
**1707 S Houston Rd**
Number      Street

**Pasadena**             **TX**      **77502**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Account**

### 4.155

$1.00

**Ring Central**
Nonpriority Creditor's Name
**20 Davis St**
Number      Street

**Belmont**              **CA**      **94002**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.156                                                                    **$1.00**

**Robert Bruges**
Nonpriority Creditor's Name
**16719 Wine Meadows Ct.**
Number        Street

**Cypress**              **TX**      **77429**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Account**

---

4.157                                                                    **$1.00**

**Robert Walker**
Nonpriority Creditor's Name
**351 Leisure Ln.**
Number        Street

**Montgomery**           **TX**      **77356**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Account**

---

4.158                                                                    **$1.00**

**Roberto Betancourt Garcia**
Nonpriority Creditor's Name
**14722 Mittlestedt Champions Dr. Unit C**
Number        Street

**Houston**              **TX**      **77069**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Account**

---

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.159**                                                                                                          **$1.00**

**Roberts Becerra Godoy**
Nonpriority Creditor's Name
**14706 Mittlestedt Champions**
Number       Street

_____

**Houston**              **TX**      **77069**
City                    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.160**                                                                                                          **$1.00**

**Rogue Wast Recovery & Environmental**
Nonpriority Creditor's Name
**PO Box 258**
Number       Street

_____

**Conroe**               **TX**      **77305**
City                    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.161**                                                                                                          **$1.00**

**Roman Flores**
Nonpriority Creditor's Name
**1008 Bayou Shore Dr**
Number       Street

_____

**Galveston**            **TX**      **77551**
City                    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.162**                                                                      **$1.00**

**Romar Supply**
Nonpriority Creditor's Name
**3110 Kettering Blvd**
Number        Street
_____

**Moraine**            **OH**    **45439**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.163**                                                                      **$1.00**

**S & S Service Company**
Nonpriority Creditor's Name
**31020 Collier Smith Road**
Number        Street
_____

**Magnolia**            **TX**    **77375**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.164**                                                                      **$1.00**

**Sabre Industries**
Nonpriority Creditor's Name
**3575 Pollock Dr.**
Number        Street
_____

**Conroe**            **TX**    **77303**
City                      State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.165

**$1.00**

**Saulsbury Industries, Inc**
Nonpriority Creditor's Name
**PO Box 222080**
Number     Street
_____

_____

**Dallas**                    **TX**   **75222**
City                          State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Business Account**

4.166

**$1.00**

**SBA Loan**
Nonpriority Creditor's Name
**10737 Gateway West**
Number     Street
**#300**

**El Paso**                   **TX**   **79935**
City                          State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 7 9 0 8

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Business Account**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.167**

$1.00

**SFI - Gray Steel**
Nonpriority Creditor's Name
**5480 Windfern Rd**
Number     Street

_____

**Houston**          **TX**      **77041**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __
**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Account**

---

**4.168**

$1.00

**Source Metals Inc**
Nonpriority Creditor's Name
**6951 W. Little York**
Number     Street

_____

**Houston**          **TX**      **77040**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __
**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Account**

---

**4.169**

$1.00

**Southeast Forklift Services, LLC**
Nonpriority Creditor's Name
**LLC 2121 East Freeway**
Number     Street

_____

**Baytown**          **TX**      **77521**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     __ __ __ __
**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Account**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.170

**Southeastern Freight Lines, Inc**
Nonpriority Creditor's Name
**PO Box 1691**
Number     Street

_____

**Columbia            SC     29202**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1.00**

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Account**

---

4.171

**St. Luke's Health**
Nonpriority Creditor's Name
**PO Box 676133**
Number     Street

_____

**Dallas               TX     75267-6133**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$10,593.36**

Last 4 digits of account number   6  8  1  9
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical**

---

4.172

**Stellar Bank**
Nonpriority Creditor's Name
**8807 W. Sam Houston Pkwy N**
Number     Street
**Suite 100**

_____

**Houston               TX     77040-5346**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1.00**

Last 4 digits of account number   8  5  9  8
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Account**

---

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.173**                                                                        **$1.00**

**Storm Water Solutions LLC**
Nonpriority Creditor's Name
**P.O. Box 650998**
Number        Street

_____

**Dallas**              **TX**      **75265**
City                   State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Business Account**

---

**4.174**                                                                        **$0.00**

**Streamline Innovations, Inc.**
Nonpriority Creditor's Name
**20039 Stone Oak Parkway**
Number        Street
**Ste. 1105 PMB 476**

**San Antonio**          **TX**      **78258**
City                   State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Business Account**

---

**4.175**                                                                        **$1.00**

**Sullivan Wire Rope & Rigging Inc**
Nonpriority Creditor's Name
**5714 Luce Street**
Number        Street

_____

**Houston**             **TX**      **77087**
City                   State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Business Account**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.176**                                                                                    **$1.00**

**Sunbelt Rentals, Inc**
Nonpriority Creditor's Name
**2341 Deerfield Drive**
Number        Street

_____

**Fort Mill          SC     29715**
City                   State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Business Account**

**4.177**                                                                                    **$1.00**

**Swipejobs**
Nonpriority Creditor's Name
**PO Box 205521**
Number        Street

_____

**Dallas          TX     75320**
City                 State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Business Account**

**4.178**                                                                                    **$1.00**

**SYJCH Workforce, LLC**
Nonpriority Creditor's Name
**12605 East Fwy Ste. 601**
Number        Street

_____

**Houston          TX     77015**
City                   State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

---

**4.179**                                                                                    **$1.00**

**T-TEX INDUSTRIES**
Nonpriority Creditor's Name
**PO Box 751267**
Number      Street
_____

**Houston**           **TX**      **77257**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

---

**4.180**                                                                                    **$1.00**

**Texan Overhead Crane and Services, LLC**
Nonpriority Creditor's Name
**P.O. Box 2195**
Number      Street
_____

**Spring**           **TX**      **77383**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

---

**4.181**                                                                                    **$1.00**

**Texas Compression Services**
Nonpriority Creditor's Name
**16250 Tomball Parkway**
Number      Street
_____

**Houston**           **TX**      **77086**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

---

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.182**

$1.00

**Texas Express CNC, LLC**
Nonpriority Creditor's Name
**P.O. Box 1437**
Number        Street
_____

**Tomball**          **TX**    **77377**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **7**  **0**  **2**  **2**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

---

**4.183**

$1.00

**Texas Pipe & Supply, LTD.**
Nonpriority Creditor's Name
**P.O. Box 4346**
Number        Street
**Dept 659**
_____

**Houston**          **TX**    **77210-4346**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __  __  __  __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

---

**4.184**

$1.00

**The National Board Of Boiler And Pressur**
Nonpriority Creditor's Name
**1055 Crupper Avenue**
Number        Street
_____

**Columbus**          **OH**    **43229-1183**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **5**  **5**  **8**  **7**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Account**

---

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.185**

$1.00

**The Sherwin Williams Co.**
Nonpriority Creditor's Name
**P.O. Box 840943**
Number        Street

_____

**Dallas**                **TX**      **75284-0943**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

**4.186**

$1.00

**TPC Industrial, LLC**
Nonpriority Creditor's Name
**10607-B Langston Dr**
Number        Street

_____

**Mont Belvieu**          **TX**      **77523**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

**4.187**

$1.00

**Traw Machine Works**
Nonpriority Creditor's Name
**18635 Telge Road**
Number        Street

_____

**Cypress**               **TX**      **77429**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                   Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.188

**Triple-S Steel Supply LLC**
Nonpriority Creditor's Name
**11310 West Little York**
Number       Street
_____

_____

**Houston**              **TX**      **77041**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Abstract of Judgment**

**$847,403.46**

### 4.189

**Tru-Fit Products of Houston**
Nonpriority Creditor's Name
**460 Lake Rd.**
Number       Street
_____

_____

**Medina**               **OH**      **44256**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Account**

**$1.00**

### 4.190

**TRUE Power Instrumentation & Electrical**
Nonpriority Creditor's Name
**7215 Ramblewood Dr.**
Number       Street
_____

_____

**Magnolia**             **TX**      **77354**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Account**

**$1.00**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                        Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.191**                                                                                        **$1.00**

**TTS, LLC**
Nonpriority Creditor's Name
**11000 Frisco St**
Number     Street
**Suite 100**

**Frisco**              **TX**    **75033**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.192**                                                                                        **$1.00**

**Turtle & Hughes, Inc**
Nonpriority Creditor's Name
**100 Walnut Ave**
Number     Street

**Clark**               **NJ**    **07066**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Judgment**

**4.193**                                                                                        **$1.00**

**Uline**
Nonpriority Creditor's Name
**PO Box 88741**
Number     Street

**Chicago**             **IL**    **60680**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

Debtor 1     **Wade Darcy Schindewolf**
Debtor 2     **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |

---

**4.194**                                                                          **$1.00**

**United Machining Services Inc.**
Nonpriority Creditor's Name
**1009 Ivey**
Number          Street

_____

**Conroe**                     **TX**      **77301**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**      __ __ __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

---

**4.195**                                                                          **$1.00**

**Veriforce**
Nonpriority Creditor's Name
**PO Box 843429**
Number          Street

_____

**Dallas**                     **TX**      **75284**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**      __ __ __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

---

**4.196**                                                                          **$1.00**

**Ward Electric Supply Co**
Nonpriority Creditor's Name
**309 s Frazier St**
Number          Street

_____

**Conroe**                     **TX**      **77301**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**      __ __ __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Account**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.197**                                                                                           **$1.00**

**Welding Multi Services**
Nonpriority Creditor's Name
**11017 Crenchrust CT**
Number        Street
_____

**Houston**            **TX**      **77086**
City                   State    ZIP Code
Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?      _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

**4.198**                                                                                           **$11,301.63**

**Wells Fargo**
Nonpriority Creditor's Name
**PO Box 10347**
Number        Street
_____

**Des Moines**          **IA**      **50306**
City                   State    ZIP Code
Who incurred the debt?   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   8  3  9  1
When was the debt incurred?      _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Personal Debt**

**4.199**                                                                                           **$1.00**

**West Bolt C&E**
Nonpriority Creditor's Name
**717 Bradfield Rd**
Number        Street
_____

**Houston**            **TX**      **77060**
City                   State    ZIP Code
Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?      _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Account**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
any debts in Parts 1 or 2, do not fill out or submit this page.

**Action Collection Services**
Name
**22 Center Street**
Number      Street

**Freehold**          **NJ**    **07728**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.145**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0**  **4**  **0**  **5**

---

**Andrews Myers, PC**
Name
**1885 Saint James Place**
Number      Street
**15th Floor**

**Houston**           **TX**    **77056**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.192**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Andrews Myers, PC**
Name
**1885 Saint James Place**
Number      Street
**15th Floor**

**Houston**           **TX**    **77056**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.55**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**B&C FASTENERS**
Name
**16143 WOOD DR**
Number      Street

**Channelview**       **TX**    **77530**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  ____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Account**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **A**  **N**  **1**  **2**

---

**Baker Donelson**
Name
**1501 Main St**
Number      Street
**Ste. 310**

**Columbia**          **SC**    **29201**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.29**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                        Case number (if known) _____

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Bickerstaff Heath**
Name
**950 Echo Ln**
Number      Street
**Ste. 357**

**Houston**              **TX**      **77024**
City                      State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.59**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**CIT Bank**
Name
**10201 Centurion Pkwy North**
Number      Street
**Suite 100**

**Jacksonville**         **FL**      **32256**
City                      State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**CrossDock**
Name
**PO Box 1449**
Number      Street

**Spring**               **TX**      **77383**
City                      State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Account**              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**CW Rod Tool Company**
Name
**PO Box 840511**
Number      Street

**Dallas**               **TX**      **75284-0511**
City                      State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Account**              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**D&W Nameplate Service, Inc.**
Name
**5200 Mitchelldale ST**
Number      Street
**Suite E-19**

**Houston**              **TX**      **77092**
City                      State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Account**              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **2** **2** **4** **8**

---

**Engs Commercial Finance Co.**
Name
**PO Box 128**
Number      Street

**Itasca**               **IL**      **60143**
City                      State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                     Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Harris County**
Name
**PO Box 2848**
Number      Street

_____

**Houston**          **TX**      **77252**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Husch Blackwell, LLP**
Name
**111 Congress Ln**
Number      Street
**Ste. 1400**

_____

**Austin**          **TX**      **78701**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.174** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Internal Revenue Service**
Name
**Insolvency Department**
Number      Street
**PO Box 7346**

**Philadelphia**        **PA**      **19101-7346**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**940 Taxes- Business**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Debt**
**Last 4 digits of account number**   __ __ __ __

---

**IRS**
Name
**8701 S. GESSNER**
Number      Street

_____

**HOUSTON**          **TX**      **77074**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**TAXES**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**IRS**
Name
**PO BOX 149047**
Number      Street

_____

**AUSTIN**          **TX**      **78714**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**J D Herberger & Associates, PC**
Name
**11767 Katy Freeway**
Number      Street
**Suite 920**

_____

**Houston**          **TX**      **77079**
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**             Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**J.R. Jones Law PLLC**
Name
**6026 Remson Hollow Lane**
Number      Street
_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Katy**      **TX**    **77494**
City      State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

---

**Jameson & Dunagan PC**
Name
**5429 LBJ Freeway**
Number      Street
**Suite 300**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.105** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Dallas**      **TX**    **75240**
City      State    ZIP Code

**Last 4 digits of account number** **0** **6** **5** **8**

---

**John R. Jones**
Name
**6026 Remson Hollow Lane**
Number      Street
_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.59** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Katy**      **TX**    **77494**
City      State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

---

**MONTGOMERY COUNTY**
Name
**TAX COLLECTOR**
Number      Street
**400 N SAN JACINTO**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**PROPERTY TAXES**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**CONROE**      **TX**    **77301-2823**
City      State    ZIP Code

**Last 4 digits of account number** **0** **1** **3** **9**

---

**Moritt Hock & Hamroff, LLP**
Name
**400 Garden City Plaza**
Number      Street
**2nd Floor**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.72** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Garden City**      **NY**    **11530**
City      State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

---

**MTest**
Name
**5750 N. Sam Houston Pkwy E**
Number      Street
**Ste. 1016**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Houston**      **TX**    **77032**
City      State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                              Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Murray Lobb PLLC**
Name
**2200 Space Park Drive**
Number      Street
**Ste. 350**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.35**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**              **TX**      **77058**
City                     State    ZIP Code

---

**Office of the Attorney General of TX**
Name
**12221 Merit Drive**
Number      Street
**Ste. 650**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **2.4**   of   *(Check one):*   ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Dallas**               **TX**      **75251**
City                     State    ZIP Code

---

**Schober & Schober, PC**
Name
**1611 Nueces Street**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.172**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Austin**               **TX**      **78701**
City                     State    ZIP Code

---

**Schober & Schober, PC**
Name
**1611 Nueces Street**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.139**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Austin**               **TX**      **78701**
City                     State    ZIP Code

---

**Seyfarth Shaw LLP**
Name
**c/o 101 East Ave M TX LLC**
Number      Street
**700 Milam, Ste. 1400**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   _____   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**              **TX**      **77002**
City                     State    ZIP Code

---

**Sheppard, Mullin, Richter & Hampton, LLP**
Name
**2200 Ross Ave, Floor 20**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.188**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **5**  **1**  **0**  **7**

**Dallas**               **TX**      **75201**
City                     State    ZIP Code

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**Steven W Soule**
Name
**521 East 2nd St**
Number    Street
**Suite 1200**

**Tulsa**              **OK**    **74120**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.87__ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Streamline Innovations, Inc**
Name
**777 E. Sonterra Blvd**
Number    Street
**Ste. 200**

**San Antonio**       **TX**    **78258**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.174__ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Synerprise Consulting Service, Inc**
Name
**5651 Boradmoor Street**
Number    Street

**Mission**           **KS**    **66202**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.48__ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Texas Workforce Commission**
Name
**PO Box 149037**
Number    Street

**Austin**            **TX**    **78714-9037**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Account**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _0_ _5_ _9_ _6_

---

**Texas Workforce Commission**
Name
**PO Box 149037**
Number    Street

**Austin**            **TX**    **78714-9037**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Account**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**The Bays Firm**
Name
**1503 Hailey**
Number    Street

**Conroe**            **TX**    **77301**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.196__ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**The Gonzalez Group, PLLC**
Name
**7151 Office City Drive**
Number      Street

_____

**Houston**          **TX**    **77087**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

**The Jacob Companies, LLC**
Name
**5465 Legacy Drive**
Number      Street
**Ste. 650**

_____

**Plano**          **TX**    **75024**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

**The Walker Firm**
Name
**PO Box 62**
Number      Street

_____

**Jasper**          **TX**    **75951**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.172** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

**The Walker Firm**
Name
**PO Box 62**
Number      Street

_____

**Jasper**          **TX**    **75951**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.139** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

**Totz Ellison & Totz PC**
Name
**2211 Norfolk**
Number      Street
**Suite 510**

_____

**Houston**          **TX**    **77098**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

---

**Treece Law Firm**
Name
**1020 Bay Area Blvd**
Number      Street
**Ste. 200**

_____

**Houston**          **TX**    **77058**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.5** of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Wells, Jaworski & Liebman**
Name
**12 Route 17 North**
Number      Street
**PO Box 1827**

**Paramus**          **NJ**    **07653-1827**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___  ___  ___  ___

**Willam Silas Hackney, III**
Name
**3205 North Hoyne Ave**
Number      Street
**Ste. 1a**

**Chicago**          **IL**    **60618**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.31**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___  ___  ___  ___

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $24,269.17 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | $0.00 |
|  | 6e. **Total.**  Add lines 6a through 6d. | 6d. | $24,269.17 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | $5,846,521.78 |
|  | 6j. **Total.**  Add lines 6f through 6i. | 6j. | $5,846,521.78 |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u><strong>Wade</strong></u><br>First Name</td><td><u><strong>Darcy</strong></u><br>Middle Name</td><td><u><strong>Schindewolf</strong></u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><u><strong>Heather</strong></u><br>First Name</td><td><u><strong>Christine</strong></u><br>Middle Name</td><td><u><strong>Schindewolf</strong></u><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u><strong>SOUTHERN DISTRICT OF TEXAS</strong></u></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3">_____</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| | |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wade** | **Darcy** | **Schindewolf** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather** | **Christine** | **Schindewolf** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

---

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live?   **Texas**   Fill in the name and current address of that person.

   **Heather Schindewolf**
   Name of your spouse, former spouse, or legal equivalent
   **19321 Stuebner Airline**
   Number         Street

   _____

   **Spring**                    **TX**         **77379**
   City                          State        ZIP Code

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**                              *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

| 3.1 | **Land & Sea Industries, LLC** | |
|---|---|---|
| | Name | |
| | **101 E. Ave M.** | |
| | Number      Street | |

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line   **5.14**
   ☐ Schedule G, line _____

   **Conroe**                    **TX**         **77301**           **Internal Revenue Service**
   City                          State        ZIP Code

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2**  **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street

**Conroe**                    **TX**        **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **2.2**
☐ Schedule G, line _____
**Internal Revenue Service**

**3.3**  **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street

**Conroe**                    **TX**        **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **5.34**
☐ Schedule G, line _____
**Texas Workforce Commission**

**3.4**  **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street

**Conroe**                    **TX**        **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.172**
☐ Schedule G, line _____
**Stellar Bank**

**3.5**  **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street

**Conroe**                    **TX**        **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.1**
☐ Schedule G, line _____
**3S Service Group, LLC**

**3.6**  **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street

**Conroe**                    **TX**        **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.2**
☐ Schedule G, line _____
**3S Steel Services, LLC**

**3.7**  **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street

**Conroe**                    **TX**        **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.3**
☐ Schedule G, line _____
**AA Welding**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**

Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |
| | **101 E. Ave M.** |
| | Number    Street |

**Conroe**     **TX**     **77301**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.4**
☐ Schedule G, line _____
**AAP Metals, LLC**

| 3.9 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |
| | **101 E. Ave M.** |
| | Number    Street |

**Conroe**     **TX**     **77301**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.5**
☐ Schedule G, line _____
**Able Insulation Contractors, Inc**

| 3.10 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |
| | **101 E. Ave M.** |
| | Number    Street |

**Conroe**     **TX**     **77301**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.6**
☐ Schedule G, line _____
**Access Casters**

| 3.11 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |
| | **101 E. Ave M.** |
| | Number    Street |

**Conroe**     **TX**     **77301**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.7**
☐ Schedule G, line _____
**Accu Test Labs L.L.P.**

| 3.12 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |
| | **101 E. Ave M.** |
| | Number    Street |

**Conroe**     **TX**     **77301**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.8**
☐ Schedule G, line _____
**Action Stainless & Alloys, Inc.**

| 3.13 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |
| | **101 E. Ave M.** |
| | Number    Street |

**Conroe**     **TX**     **77301**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.9**
☐ Schedule G, line _____
**Advanced Compressed Air Solutions LLC**

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**                    Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.14** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                **TX**        **77301**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.10**
☐ Schedule G, line _____
**Air -Vac**

**3.15** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                **TX**        **77301**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.11**
☐ Schedule G, line _____
**AkzoNobel**

**3.16** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                **TX**        **77301**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.12**
☐ Schedule G, line _____
**Alejandro Welding**

**3.17** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                **TX**        **77301**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.13**
☐ Schedule G, line _____
**Allen Serrato**

**3.18** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                **TX**        **77301**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.14**
☐ Schedule G, line _____
**Alro Steel**

**3.19** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                **TX**        **77301**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.17**
☐ Schedule G, line _____
**Andrea San Martin**

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.20 | **Land & Sea Industries, LLC** |
|------|--------------------------------|
|      | Name |

**101 E. Ave M.**
Number   Street

_____

**Conroe**                    **TX**      **77301**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.18**
☐ Schedule G, line _____
**Anl's Persi Weld**

| 3.21 | **Land & Sea Industries, LLC** |
|------|--------------------------------|
|      | Name |

**101 E. Ave M.**
Number   Street

_____

**Conroe**                    **TX**      **77301**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.19**
☐ Schedule G, line _____
**Antonio Bernal**

| 3.22 | **Land & Sea Industries, LLC** |
|------|--------------------------------|
|      | Name |

**101 E. Ave M.**
Number   Street

_____

**Conroe**                    **TX**      **77301**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.20**
☐ Schedule G, line _____
**Arthur Gallagher Risk Mgmt Sevices**

| 3.23 | **Land & Sea Industries, LLC** |
|------|--------------------------------|
|      | Name |

**101 E. Ave M.**
Number   Street

_____

**Conroe**                    **TX**      **77301**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.21**
☐ Schedule G, line _____
**ASME**

| 3.24 | **Land & Sea Industries, LLC** |
|------|--------------------------------|
|      | Name |

**101 E. Ave M.**
Number   Street

_____

**Conroe**                    **TX**      **77301**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.22**
☐ Schedule G, line _____
**Authorized Inspection Associates, LLC**

| 3.25 | **Land & Sea Industries, LLC** |
|------|--------------------------------|
|      | Name |

**101 E. Ave M.**
Number   Street

_____

**Conroe**                    **TX**      **77301**
City                          State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.23**
☐ Schedule G, line _____
**Avtech Capital, LLC**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.26 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **101 E. Ave M.** | | |
| | Number          Street | | |
| | | | |
| | **Conroe** | **TX** | **77301** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.24**
☐ Schedule G, line _____
**Bass Tool & Supply, Inc.**

| 3.27 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **101 E. Ave M.** | | |
| | Number          Street | | |
| | | | |
| | **Conroe** | **TX** | **77301** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.4**
☐ Schedule G, line _____
**B&C FASTENERS**

| 3.28 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **101 E. Ave M.** | | |
| | Number          Street | | |
| | | | |
| | **Conroe** | **TX** | **77301** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.26**
☐ Schedule G, line _____
**BCI Supply**

| 3.29 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **101 E. Ave M.** | | |
| | Number          Street | | |
| | | | |
| | **Conroe** | **TX** | **77301** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.27**
☐ Schedule G, line _____
**Beneficial Fire Protection**

| 3.30 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **101 E. Ave M.** | | |
| | Number          Street | | |
| | | | |
| | **Conroe** | **TX** | **77301** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.28**
☐ Schedule G, line _____
**Best Stainless Alloys**

| 3.31 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **101 E. Ave M.** | | |
| | Number          Street | | |
| | | | |
| | **Conroe** | **TX** | **77301** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.29**
☐ Schedule G, line _____
**Blue Ridge Financial LLc**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.32**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**     **77301**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.30**
☐ Schedule G, line _____
**Bobcat Crane LLC**

---

**3.33**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**     **77301**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.31**
☐ Schedule G, line _____
**Bolger & Co. Inc**

---

**3.34**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**     **77301**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.32**
☐ Schedule G, line _____
**Brandon Rivera**

---

**3.35**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**     **77301**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.33**
☐ Schedule G, line _____
**Brian Musslewhite**

---

**3.36**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**     **77301**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.34**
☐ Schedule G, line _____
**Brighton Tru-Edge Heads**

---

**3.37**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**     **77301**
City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.36**
☐ Schedule G, line _____
**Burlington Automation**

---

Debtor 1　**Wade Darcy Schindewolf**
Debtor 2　**Heather Christine Schindewolf**　　　　　　　　　Case number (if known) _____

█████　　**Additional Page to List More Codebtors**

---

Column 1:　**Your codebtor**　　　　　　　　　　　Column 2:　**The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.38 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number　　　Street

_____

**Conroe**　　　　　　**TX**　　**77301**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.37**
☐ Schedule G, line _____
**Burton Controls, Inc**

| 3.39 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number　　　Street

_____

**Conroe**　　　　　　**TX**　　**77301**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.39**
☐ Schedule G, line _____
**Carboline Global Inc.**

| 3.40 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number　　　Street

_____

**Conroe**　　　　　　**TX**　　**77301**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.40**
☐ Schedule G, line _____
**CAST**

| 3.41 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number　　　Street

_____

**Conroe**　　　　　　**TX**　　**77301**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.41**
☐ Schedule G, line _____
**Charlie Hill**

| 3.42 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number　　　Street

_____

**Conroe**　　　　　　**TX**　　**77301**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**5.7**
☐ Schedule G, line _____
**CIT Bank**

| 3.43 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number　　　Street

_____

**Conroe**　　　　　　**TX**　　**77301**
City　　　　　　　　State　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line　**4.43**
☐ Schedule G, line _____
**CITY OF CONROE**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

███████    **Additional Page to List More Codebtors**

*Column 1:*  **Your codebtor**                          *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.44 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|

Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**                    **TX**        **77301**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.44**
- ☐ Schedule G, line _____

**City Pallet, LLC**

| 3.45 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|

Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**                    **TX**        **77301**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.45**
- ☐ Schedule G, line _____

**CMB Realty Consulting, LLC**

| 3.46 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|

Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**                    **TX**        **77301**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.46**
- ☐ Schedule G, line _____

**CMI Valve**

| 3.47 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|

Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**                    **TX**        **77301**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.47**
- ☐ Schedule G, line _____

**Colgan-Wilson Metals, LLC**

| 3.48 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|

Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**                    **TX**        **77301**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.49**
- ☐ Schedule G, line _____

**Conroe Bolt & Fastner Products**

| 3.49 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|

Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**                    **TX**        **77301**
City                          State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.50**
- ☐ Schedule G, line _____

**Conroe Instrument & Controls Co.**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.50
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.52**
☐ Schedule G, line _____
**Construct Connect**

3.51
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.51**
☐ Schedule G, line _____
**Conroe Welding Supply**

3.52
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.53**
☐ Schedule G, line _____
**Controlled Automation, Inc.**

3.53
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.8**
☐ Schedule G, line _____
**CrossDock**

3.54
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.54**
☐ Schedule G, line _____
**CTG, INC**

3.55
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.55**
☐ Schedule G, line _____
**Cubeco**

Debtor 1    **Wade Darcy Schindewolf**

Debtor 2    **Heather Christine Schindewolf**

Case number (if known) _____

<table>
<tr><td colspan="2">■ **Additional Page to List More Codebtors**</td></tr>
</table>

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.56 | **Land & Sea Industries, LLC** |
|------|-------------------------------|

Name

**101 E. Ave M.**
Number    Street

_____

**Conroe**          **TX**      **77301**
City          State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line ___**5.9**___
- ☐ Schedule G, line _____

**CW Rod Tool Company**

| 3.57 | **Land & Sea Industries, LLC** |
|------|-------------------------------|

Name

**101 E. Ave M.**
Number    Street

_____

**Conroe**          **TX**      **77301**
City          State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line ___**5.10**___
- ☐ Schedule G, line _____

**D&W Nameplate Service, Inc.**

| 3.58 | **Land & Sea Industries, LLC** |
|------|-------------------------------|

Name

**101 E. Ave M.**
Number    Street

_____

**Conroe**          **TX**      **77301**
City          State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line ___**4.57**___
- ☐ Schedule G, line _____

**Delta Specialty Coatings, LLC**

| 3.59 | **Land & Sea Industries, LLC** |
|------|-------------------------------|

Name

**101 E. Ave M.**
Number    Street

_____

**Conroe**          **TX**      **77301**
City          State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line ___**4.58**___
- ☐ Schedule G, line _____

**Delta Steel Inc.**

| 3.60 | **Land & Sea Industries, LLC** |
|------|-------------------------------|

Name

**101 E. Ave M.**
Number    Street

_____

**Conroe**          **TX**      **77301**
City          State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line ___**4.59**___
- ☐ Schedule G, line _____

**Direct Bolt & Supply LLC**

| 3.61 | **Land & Sea Industries, LLC** |
|------|-------------------------------|

Name

**101 E. Ave M.**
Number    Street

_____

**Conroe**          **TX**      **77301**
City          State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line ___**4.60**___
- ☐ Schedule G, line _____

**Double Life Corp**

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**                                    Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**                          *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| **3.62** | **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number      Street<br>_____<br>**Conroe**        **TX**      **77301**<br>City        State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.61**<br>☐ Schedule G, line _____<br>**Dynamic Laboratories, Inc.** |
| **3.63** | **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number      Street<br>_____<br>**Conroe**        **TX**      **77301**<br>City        State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.62**<br>☐ Schedule G, line _____<br>**ECS Integrity LLC** |
| **3.64** | **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number      Street<br>_____<br>**Conroe**        **TX**      **77301**<br>City        State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.63**<br>☐ Schedule G, line _____<br>**Eliel Lerma** |
| **3.65** | **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number      Street<br>_____<br>**Conroe**        **TX**      **77301**<br>City        State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.64**<br>☐ Schedule G, line _____<br>**Elliot Electric Supply** |
| **3.66** | **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number      Street<br>_____<br>**Conroe**        **TX**      **77301**<br>City        State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **5.11**<br>☐ Schedule G, line _____<br>**Engs Commercial Finance Co.** |
| **3.67** | **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number      Street<br>_____<br>**Conroe**        **TX**      **77301**<br>City        State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.65**<br>☐ Schedule G, line _____<br>**Equipment Management Services** |

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**                    Case number (if known) _____

███████  **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                       Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.68 | **Land & Sea Industries, LLC** |
Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**                        **TX**        **77301**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.66**__
☐ Schedule G, line _____
**Equipment Share**

| 3.69 | **Land & Sea Industries, LLC** |
Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**                        **TX**        **77301**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.67**__
☐ Schedule G, line _____
**ER Machining**

| 3.70 | **Land & Sea Industries, LLC** |
Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**                        **TX**        **77301**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.68**__
☐ Schedule G, line _____
**Fastshot Logistics, LLC**

| 3.71 | **Land & Sea Industries, LLC** |
Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**                        **TX**        **77301**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.69**__
☐ Schedule G, line _____
**Federal Steel Supply LLC**

| 3.72 | **Land & Sea Industries, LLC** |
Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**                        **TX**        **77301**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.70**__
☐ Schedule G, line _____
**Fenix Workforce**

| 3.73 | **Land & Sea Industries, LLC** |
Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**                        **TX**        **77301**
City                              State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.71**__
☐ Schedule G, line _____
**Ferguson Enterprises**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                              Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                                        *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.74 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number        Street

☐ Schedule D, line _____

☑ Schedule E/F, line ____**4.72**____

**Conroe**                    **TX**        **77301**
City                         State      ZIP Code

☐ Schedule G, line _____

**Flagstar Financial & Financial LLC**

| 3.75 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number        Street

☐ Schedule D, line _____

☑ Schedule E/F, line ____**4.73**____

**Conroe**                    **TX**        **77301**
City                         State      ZIP Code

☐ Schedule G, line _____

**Fort Worth F & D Company**

| 3.76 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number        Street

☐ Schedule D, line _____

☑ Schedule E/F, line ____**4.74**____

**Conroe**                    **TX**        **77301**
City                         State      ZIP Code

☐ Schedule G, line _____

**Gary E. Patterson, PC**

| 3.77 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number        Street

☐ Schedule D, line _____

☑ Schedule E/F, line ____**4.75**____

**Conroe**                    **TX**        **77301**
City                         State      ZIP Code

☐ Schedule G, line _____

**Genius Solution**

| 3.78 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number        Street

☐ Schedule D, line _____

☑ Schedule E/F, line ____**4.77**____

**Conroe**                    **TX**        **77301**
City                         State      ZIP Code

☐ Schedule G, line _____

**Gulf Electroquip**

| 3.79 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number        Street

☐ Schedule D, line _____

☑ Schedule E/F, line ____**4.76**____

**Conroe**                    **TX**        **77301**
City                         State      ZIP Code

☐ Schedule G, line _____

**GFL Environmental**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**

Case number (if known) _____

---

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.80**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**      **77301**
City      State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.81**
- [ ] Schedule G, line _____

**Hernandez Welding Company**

---

**3.81**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**      **77301**
City      State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.82**
- [ ] Schedule G, line _____

**HGG Profiling Equipment, Inc.**

---

**3.82**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**      **77301**
City      State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.83**
- [ ] Schedule G, line _____

**Holloway Houston Inc**

---

**3.83**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**      **77301**
City      State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.84**
- [ ] Schedule G, line _____

**Houston Welders Supply LLC**

---

**3.84**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**      **77301**
City      State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.84**
- [ ] Schedule G, line _____

**Houston Welders Supply LLC**

---

**3.85**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number    Street

**Conroe**      **TX**      **77301**
City      State      ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.85**
- [ ] Schedule G, line _____

**Hufco**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.86**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**        **77301**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.86**
☐ Schedule G, line _____
**Hydradyne, LLC**

---

**3.87**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**        **77301**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.87**
☐ Schedule G, line _____
**Industrial Piping Specialists, Inc.**

---

**3.88**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**        **77301**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.88**
☐ Schedule G, line _____
**Innovative IDM, LLC**

---

**3.89**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**        **77301**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.90**
☐ Schedule G, line _____
**IntegriCert, LLC**

---

**3.90**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**        **77301**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.91**
☐ Schedule G, line _____
**International Paint LLC.**

---

**3.91**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**        **77301**
City                              State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.92**
☐ Schedule G, line _____
**Intrepid Industries**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.92 | **Land & Sea Industries, LLC** |
|------|---------------------------------|

Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**              **TX**     **77301**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __4.94__
☐ Schedule G, line _____
**ISN**

| 3.93 | **Land & Sea Industries, LLC** |
|------|---------------------------------|

Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**              **TX**     **77301**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __5.17__
☐ Schedule G, line _____
**J D Herberger & Associates, PC**

| 3.94 | **Land & Sea Industries, LLC** |
|------|---------------------------------|

Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**              **TX**     **77301**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __4.95__
☐ Schedule G, line _____
**J&B Mobile Heavy Equipment**

| 3.95 | **Land & Sea Industries, LLC** |
|------|---------------------------------|

Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**              **TX**     **77301**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __5.18__
☐ Schedule G, line _____
**J.R. Jones Law PLLC**

| 3.96 | **Land & Sea Industries, LLC** |
|------|---------------------------------|

Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**              **TX**     **77301**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __5.19__
☐ Schedule G, line _____
**Jameson & Dunagan PC**

| 3.97 | **Land & Sea Industries, LLC** |
|------|---------------------------------|

Name

**101 E. Ave M.**
Number     Street

_____

**Conroe**              **TX**     **77301**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __4.96__
☐ Schedule G, line _____
**JBC Manpower, LLC**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                    Case number (if known) _____

███████   **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                        *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| **3.98** | **Land & Sea Industries, LLC** |
| | Name |
| | **101 E. Ave M.** |
| | Number      Street |
| | _____ |
| | **Conroe**            **TX**      **77301** |
| | City            State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.97**
☐ Schedule G, line _____
**Jefferson Morillo Diaz**

| | |
|---|---|
| **3.99** | **Land & Sea Industries, LLC** |
| | Name |
| | **101 E. Ave M.** |
| | Number      Street |
| | _____ |
| | **Conroe**            **TX**      **77301** |
| | City            State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.98**
☐ Schedule G, line _____
**Jesus Betancourt Contreras**

| | |
|---|---|
| **3.100** | **Land & Sea Industries, LLC** |
| | Name |
| | **101 E. Ave M.** |
| | Number      Street |
| | _____ |
| | **Conroe**            **TX**      **77301** |
| | City            State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.99**
☐ Schedule G, line _____
**Jesus Garcia**

| | |
|---|---|
| **3.101** | **Land & Sea Industries, LLC** |
| | Name |
| | **101 E. Ave M.** |
| | Number      Street |
| | _____ |
| | **Conroe**            **TX**      **77301** |
| | City            State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.100**
☐ Schedule G, line _____
**Jesus Urdaneta Serrano**

| | |
|---|---|
| **3.102** | **Land & Sea Industries, LLC** |
| | Name |
| | **101 E. Ave M.** |
| | Number      Street |
| | _____ |
| | **Conroe**            **TX**      **77301** |
| | City            State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.101**
☐ Schedule G, line _____
**Jhonny's Metal**

| | |
|---|---|
| **3.103** | **Land & Sea Industries, LLC** |
| | Name |
| | **101 E. Ave M.** |
| | Number      Street |
| | _____ |
| | **Conroe**            **TX**      **77301** |
| | City            State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.102**
☐ Schedule G, line _____
**JM Funding Group, Inc.**

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**                                    Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**                                    *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.104 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|

Name

**101 E. Ave M.**
Number          Street

_____

**Conroe**                    **TX**        **77301**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line    **4.103**
- ☐ Schedule G, line _____
**Jordi Hernandez**

| 3.105 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number          Street

_____

**Conroe**                    **TX**        **77301**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line    **4.104**
- ☐ Schedule G, line _____
**Jose Cerda**

| 3.106 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number          Street

_____

**Conroe**                    **TX**        **77301**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line    **4.106**
- ☐ Schedule G, line _____
**JP Steel, LLC**

| 3.107 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number          Street

_____

**Conroe**                    **TX**        **77301**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line    **4.107**
- ☐ Schedule G, line _____
**Kevin Hooper**

| 3.108 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number          Street

_____

**Conroe**                    **TX**        **77301**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line    **4.109**
- ☐ Schedule G, line _____
**Lee Transervices, Inc.**

| 3.109 | **Land & Sea Industries, LLC** |
|---|---|

Name

**101 E. Ave M.**
Number          Street

_____

**Conroe**                    **TX**        **77301**
City                          State      ZIP Code

- ☐ Schedule D, line _____
- ☒ Schedule E/F, line    **4.110**
- ☐ Schedule G, line _____
**Leobardo Marin Ruiz**

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

███████    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                 *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.110 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.111**
☐ Schedule G, line _____
**Lichtgitter USA**

| 3.111 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.112**
☐ Schedule G, line _____
**Lincoln Lumber, LLC**

| 3.112 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.113**
☐ Schedule G, line _____
**LoneStar Forklift 2017 USA, Inc**

| 3.113 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.114**
☐ Schedule G, line _____
**Luis Cepeda Silva**

| 3.114 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.115**
☐ Schedule G, line _____
**Luis Sanchez**

| 3.115 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number        Street
_____

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.116**
☐ Schedule G, line _____
**Lynco Flange & Fitting**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**          Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.116   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.117**
☐ Schedule G, line _____
**Lyssy & Eckel, Inc**

---

3.117   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.118**
☐ Schedule G, line _____
**M-Test Montipower Test Equipment**

---

3.118   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.119**
☐ Schedule G, line _____
**M.G. Insulation**

---

3.119   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.120**
☐ Schedule G, line _____
**MACCO LLC**

---

3.120   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.121**
☐ Schedule G, line _____
**Machitech Automation LLC**

---

3.121   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number      Street

**Conroe**                    **TX**      **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.122**
☐ Schedule G, line _____
**Madden Bolt Corp**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                    Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**                                *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.122** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street

_____

**Conroe**                **TX**        **77301**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.123**
☐ Schedule G, line _____
**Magnum Metal Treating**

**3.123** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street

_____

**Conroe**                **TX**        **77301**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.124**
☐ Schedule G, line _____
**Maudlin Products**

**3.124** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street

_____

**Conroe**                **TX**        **77301**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.125**
☐ Schedule G, line _____
**McCormack Fire Extinguishers Specialists**

**3.125** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street

_____

**Conroe**                **TX**        **77301**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.126**
☐ Schedule G, line _____
**McMaster-Carr**

**3.126** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street

_____

**Conroe**                **TX**        **77301**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.127**
☐ Schedule G, line _____
**McNichols Company**

**3.127** **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street

_____

**Conroe**                **TX**        **77301**
City                      State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.128**
☐ Schedule G, line _____
**Metal Cutting Specialist**

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**

Case number (if known) _____

███  **Additional Page to List More Codebtors**

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.128 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number    Street

_____

**Conroe**                    **TX**      **77301**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.129**
☐ Schedule G, line _____
**Metal Servicio Beta**

| 3.129 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number    Street

_____

**Conroe**                    **TX**      **77301**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.130**
☐ Schedule G, line _____
**Mill Steel Company**

| 3.130 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number    Street

_____

**Conroe**                    **TX**      **77301**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.131**
☐ Schedule G, line _____
**MineralTech**

| 3.131 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number    Street

_____

**Conroe**                    **TX**      **77301**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.132**
☐ Schedule G, line _____
**MineralTech Gulf Coast Abrasives, LLC**

| 3.132 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number    Street

_____

**Conroe**                    **TX**      **77301**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.133**
☐ Schedule G, line _____
**Mitrowski Welding Equipment, Ltd**

| 3.133 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number    Street

_____

**Conroe**                    **TX**      **77301**
City                          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.134**
☐ Schedule G, line _____
**Moffitt Services**

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**                                    Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                              *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| 3.134 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number    Street<br><br>**Conroe**    **TX**    **77301**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.135**<br>☐ Schedule G, line _____<br>**Monday.com LTD** |
| 3.135 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number    Street<br><br>**Conroe**    **TX**    **77301**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.136**<br>☐ Schedule G, line _____<br>**MSI Supply, Inc** |
| 3.136 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number    Street<br><br>**Conroe**    **TX**    **77301**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **5.23**<br>☐ Schedule G, line _____<br>**MTest** |
| 3.137 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number    Street<br><br>**Conroe**    **TX**    **77301**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.137**<br>☐ Schedule G, line _____<br>**Mustang Cat** |
| 3.138 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number    Street<br><br>**Conroe**    **TX**    **77301**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.138**<br>☐ Schedule G, line _____<br>**New Millennium Building Systems, LLC** |
| 3.139 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number    Street<br><br>**Conroe**    **TX**    **77301**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line **4.139**<br>☐ Schedule G, line _____<br>**Nfusion** |

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                          Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.140**
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**         **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.140**
☐ Schedule G, line _____
**North Shore Supply Co Inc**

**3.141**
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**         **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.141**
☐ Schedule G, line _____
**NOV Tuboscope**

**3.142**
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**         **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.142**
☐ Schedule G, line _____
**NR Staffing & Recruiting, LLC**

**3.143**
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**         **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.143**
☐ Schedule G, line _____
**Orlando Betancourt Ferrebus**

**3.144**
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**         **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.144**
☐ Schedule G, line _____
**Packer Fastener**

**3.145**
**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**         **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.145**
☐ Schedule G, line _____
**Parks Coffee**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                    Case number (if known) _____

## Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**                                   *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.146 | **Land & Sea Industries, LLC** | | |
|---|---|---|---|

Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.146**
☐ Schedule G, line _____
**Pinnacle Industries, Ltd.**

| 3.147 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.147**
☐ Schedule G, line _____
**Piping Technology & Products**

| 3.148 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.148**
☐ Schedule G, line _____
**PPG Architechural Finishes, INC**

| 3.149 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.149**
☐ Schedule G, line _____
**Precision Piping Products, LLC**

| 3.150 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.150**
☐ Schedule G, line _____
**PRO Inspection Services**

| 3.151 | **Land & Sea Industries, LLC** |
|---|---|

Name
**101 E. Ave M.**
Number       Street

**Conroe**                    **TX**       **77301**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.151**
☐ Schedule G, line _____
**Professional Welding Supply Inc.**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                    Case number (if known) _____

████   **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                              Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.152 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.152**
☐ Schedule G, line _____

**101 E. Ave M.**
Number     Street

**Proweld Industrial Services LLC**

_____

**Conroe**              **TX**      **77301**
City                State    ZIP Code

| 3.153 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.153**
☐ Schedule G, line _____

**101 E. Ave M.**
Number     Street

**PSS Industrial Group Corporation**

_____

**Conroe**              **TX**      **77301**
City                State    ZIP Code

| 3.154 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.154**
☐ Schedule G, line _____

**101 E. Ave M.**
Number     Street

**QA QC Lead, LLC**

_____

**Conroe**              **TX**      **77301**
City                State    ZIP Code

| 3.155 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.155**
☐ Schedule G, line _____

**101 E. Ave M.**
Number     Street

**Ring Central**

_____

**Conroe**              **TX**      **77301**
City                State    ZIP Code

| 3.156 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.156**
☐ Schedule G, line _____

**101 E. Ave M.**
Number     Street

**Robert Bruges**

_____

**Conroe**              **TX**      **77301**
City                State    ZIP Code

| 3.157 | **Land & Sea Industries, LLC** |
|---|---|
| | Name |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.157**
☐ Schedule G, line _____

**101 E. Ave M.**
Number     Street

**Robert Walker**

_____

**Conroe**              **TX**      **77301**
City                State    ZIP Code

| Debtor 1 | **Wade Darcy Schindewolf** |
|----------|---------------------------|
| Debtor 2 | **Heather Christine Schindewolf** |

Case number (if known) _____

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.158**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**          **TX**      **77301**
City                State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.158**
- ☐ Schedule G, line _____

**Roberto Betancourt Garcia**

---

**3.159**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**          **TX**      **77301**
City                State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.159**
- ☐ Schedule G, line _____

**Roberts Becerra Godoy**

---

**3.160**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**          **TX**      **77301**
City                State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.160**
- ☐ Schedule G, line _____

**Rogue Wast Recovery & Environmental**

---

**3.161**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**          **TX**      **77301**
City                State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.161**
- ☐ Schedule G, line _____

**Roman Flores**

---

**3.162**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**          **TX**      **77301**
City                State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.162**
- ☐ Schedule G, line _____

**Romar Supply**

---

**3.163**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**          **TX**      **77301**
City                State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.163**
- ☐ Schedule G, line _____

**S & S Service Company**

---

Debtor 1     **Wade Darcy Schindewolf**
Debtor 2     **Heather Christine Schindewolf**                                    Case number (if known) _____

██████      **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| **3.164** | **Land & Sea Industries, LLC**<br>Name |
| | **101 E. Ave M.**<br>Number     Street |
| | _____ |
| | **Conroe**          **TX**     **77301**<br>City            State     ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.164**__
☐ Schedule G, line _____
**Sabre Industries**

| | |
|---|---|
| **3.165** | **Land & Sea Industries, LLC**<br>Name |
| | **101 E. Ave M.**<br>Number     Street |
| | _____ |
| | **Conroe**          **TX**     **77301**<br>City            State     ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.165**__
☐ Schedule G, line _____
**Saulsbury Industries, Inc**

| | |
|---|---|
| **3.166** | **Land & Sea Industries, LLC**<br>Name |
| | **101 E. Ave M.**<br>Number     Street |
| | _____ |
| | **Conroe**          **TX**     **77301**<br>City            State     ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.166**__
☐ Schedule G, line _____
**SBA Loan**

| | |
|---|---|
| **3.167** | **Land & Sea Industries, LLC**<br>Name |
| | **101 E. Ave M.**<br>Number     Street |
| | _____ |
| | **Conroe**          **TX**     **77301**<br>City            State     ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.29**__
☐ Schedule G, line _____
**Sheppard, Mullin, Richter & Hampton, LLP**

| | |
|---|---|
| **3.168** | **Land & Sea Industries, LLC**<br>Name |
| | **101 E. Ave M.**<br>Number     Street |
| | _____ |
| | **Conroe**          **TX**     **77301**<br>City            State     ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.168**__
☐ Schedule G, line _____
**Source Metals Inc**

| | |
|---|---|
| **3.169** | **Land & Sea Industries, LLC**<br>Name |
| | **101 E. Ave M.**<br>Number     Street |
| | _____ |
| | **Conroe**          **TX**     **77301**<br>City            State     ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.169**__
☐ Schedule G, line _____
**Southeast Forklift Services, LLC**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                    Case number (if known) _____

███████   **Additional Page to List More Codebtors**

*Column 1:*  **Your codebtor**                                       *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| | |
|---|---|
| 3.170 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number   Street<br><br>**Conroe**        **TX**   **77301**<br>City        State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.170**<br>☐ Schedule G, line _____<br>**Southeastern Freight Lines, Inc** |
| 3.171 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number   Street<br><br>**Conroe**        **TX**   **77301**<br>City        State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.173**<br>☐ Schedule G, line _____<br>**Storm Water Solutions LLC** |
| 3.172 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number   Street<br><br>**Conroe**        **TX**   **77301**<br>City        State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.174**<br>☐ Schedule G, line _____<br>**Streamline Innovations, Inc.** |
| 3.173 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number   Street<br><br>**Conroe**        **TX**   **77301**<br>City        State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.175**<br>☐ Schedule G, line _____<br>**Sullivan Wire Rope & Rigging Inc** |
| 3.174 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number   Street<br><br>**Conroe**        **TX**   **77301**<br>City        State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.176**<br>☐ Schedule G, line _____<br>**Sunbelt Rentals, Inc** |
| 3.175 **Land & Sea Industries, LLC**<br>Name<br>**101 E. Ave M.**<br>Number   Street<br><br>**Conroe**        **TX**   **77301**<br>City        State   ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.177**<br>☐ Schedule G, line _____<br>**Swipejobs** |

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**

Case number (if known) _____

███████ **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.176**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**           **TX**      **77301**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.178**
☐ Schedule G, line _____
**SYJCH Workforce, LLC**

---

**3.177**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**           **TX**      **77301**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **5.32**
☐ Schedule G, line _____
**Synerprise Consulting Service, Inc**

---

**3.178**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**           **TX**      **77301**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.179**
☐ Schedule G, line _____
**T-TEX INDUSTRIES**

---

**3.179**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**           **TX**      **77301**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.180**
☐ Schedule G, line _____
**Texan Overhead Crane and Services, LLC**

---

**3.180**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**           **TX**      **77301**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.181**
☐ Schedule G, line _____
**Texas Compression Services**

---

**3.181**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____

**Conroe**           **TX**      **77301**
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.182**
☐ Schedule G, line _____
**Texas Express CNC, LLC**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                   Case number (if known) _____

███████   **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.182 | **Land & Sea Industries, LLC**<br>Name |
|---|---|

**101 E. Ave M.**
Number    Street

_____

**Conroe**                **TX**      **77301**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.183**
☐ Schedule G, line _____
**Texas Pipe & Supply, LTD.**

| 3.183 | **Land & Sea Industries, LLC**<br>Name |
|---|---|

**101 E. Ave M.**
Number    Street

_____

**Conroe**                **TX**      **77301**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.36**
☐ Schedule G, line _____
**The Gonzalez Group, PLLC**

| 3.184 | **Land & Sea Industries, LLC**<br>Name |
|---|---|

**101 E. Ave M.**
Number    Street

_____

**Conroe**                **TX**      **77301**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.37**
☐ Schedule G, line _____
**The Jacob Companies, LLC**

| 3.185 | **Land & Sea Industries, LLC**<br>Name |
|---|---|

**101 E. Ave M.**
Number    Street

_____

**Conroe**                **TX**      **77301**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.184**
☐ Schedule G, line _____
**The National Board Of Boiler And Pressur**

| 3.186 | **Land & Sea Industries, LLC**<br>Name |
|---|---|

**101 E. Ave M.**
Number    Street

_____

**Conroe**                **TX**      **77301**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.185**
☐ Schedule G, line _____
**The Sherwin Williams Co.**

| 3.187 | **Land & Sea Industries, LLC**<br>Name |
|---|---|

**101 E. Ave M.**
Number    Street

_____

**Conroe**                **TX**      **77301**
City                         State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.40**
☐ Schedule G, line _____
**Totz Ellison & Totz PC**

Debtor 1     **Wade Darcy Schindewolf**
Debtor 2     **Heather Christine Schindewolf**                              Case number (if known) _____

██████     **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.188   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**     **77301**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.186**
☐ Schedule G, line _____
**TPC Industrial, LLC**

3.189   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**     **77301**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.187**
☐ Schedule G, line _____
**Traw Machine Works**

3.190   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**     **77301**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.188**
☐ Schedule G, line _____
**Triple-S Steel Supply LLC**

3.191   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**     **77301**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.189**
☐ Schedule G, line _____
**Tru-Fit Products of Houston**

3.192   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**     **77301**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.190**
☐ Schedule G, line _____
**TRUE Power Instrumentation & Electrical**

3.193   **Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number       Street
_____
**Conroe**                    **TX**     **77301**
City                      State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.191**
☐ Schedule G, line _____
**TTS, LLC**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.194**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**                **TX**     **77301**
City                      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.192**
☐ Schedule G, line _____
**Turtle & Hughes, Inc**

---

**3.195**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**                **TX**     **77301**
City                      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.193**
☐ Schedule G, line _____
**Uline**

---

**3.196**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**                **TX**     **77301**
City                      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.194**
☐ Schedule G, line _____
**United Machining Services Inc.**

---

**3.197**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**                **TX**     **77301**
City                      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.195**
☐ Schedule G, line _____
**Veriforce**

---

**3.198**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**                **TX**     **77301**
City                      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.196**
☐ Schedule G, line _____
**Ward Electric Supply Co**

---

**3.199**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number     Street
_____

**Conroe**                **TX**     **77301**
City                      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.197**
☐ Schedule G, line _____
**Welding Multi Services**

---

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.200**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street

_____

**Conroe**                **TX**        **77301**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.42**
☐ Schedule G, line _____
**Wells, Jaworski & Liebman**

**3.201**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street

_____

**Conroe**                **TX**        **77301**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.199**
☐ Schedule G, line _____
**West Bolt C&E**

**3.202**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street

_____

**Conroe**                **TX**        **77301**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.108**
☐ Schedule G, line _____
**Kirenia Reyes Diaz**

**3.203**

**Land & Sea Industries, LLC**
Name
**101 E. Ave M.**
Number        Street

_____

**Conroe**                **TX**        **77301**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.21**
☐ Schedule G, line _____
**MONTGOMERY COUNTY**

**3.204**

**LINEBARGER, GOGGAN & BLAIR**
Name
**PO BOX 3064**
Number        Street

_____

**HOUSTON**                **TX**        **77253-3064**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.56**
☐ Schedule G, line _____
**Cypress Fairbanks ISD**

**3.205**

**Wolf's Lair Ranch, LLC**
Name
**19321 Stuebner Airline**
Number        Street

_____

**Spring**                **TX**        **77379**
City                      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.35**
☐ Schedule G, line _____
**Buffalo Equipment, Inc**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2:   **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.20€ | **Wolf's Lair Ranch, LLC** |
|---|---|
| | Name |

**19321 Stuebner Airline**
Number      Street

_____

**Spring**                    **TX**        **77379**
City                              State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.139**

☐ Schedule G, line _____

**Nfusion**

**Fill in this information to identify your case:**

| Debtor 1 | **Wade** | **Darcy** | **Schindewolf** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather** | **Christine** | **Schindewolf** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1.** | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | **Owner** | **Owner** |
| | | **Employer's name** | **Fabrication Management, LLC** | **Fabrication Management, LLC** |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | **19321 Stuebner Airline**<br>Number   Street | **19321 Stuebner Airline**<br>Number   Street |
| | | | **Spring**        **TX**   **77379**<br>City            State   Zip Code | **Spring**        **TX**   **77379**<br>City            State   Zip Code |
| | | **How long employed there?** | | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$18,004.11** | **$18,004.11** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$18,004.11** | **$18,004.11** |

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................ ➔ | 4. | $18,004.11 | $18,004.11 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $5,279.31 | $5,279.31 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | $0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $5,279.31 | $5,279.31 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $12,724.80 | $12,724.80 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | $0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |

| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $12,724.80 | + | $12,724.80 | = | $25,449.60 |
|---|---|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. + $0.00

| 12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | $25,449.60 |
|---|---|---|
| | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain:

None.

---

Official Form 106I    **Schedule I: Your Income**    page 2

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Wade** First Name | **Darcy** Middle Name | **Schindewolf** Last Name |
| Debtor 2 (Spouse, if filing) | **Heather** First Name | **Christine** Middle Name | **Schindewolf** Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Grandchild | 8 | ☐ No ☑ Yes |
| Grandchild | 6 | ☐ No ☑ Yes |
| Grandchild | 5 | ☐ No ☑ Yes |
| Grandchild | 4 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. _____

   If not included in line 4:

   4a. Real estate taxes      4a. _____ **$627.00**

   4b. Property, homeowner's, or renter's insurance      4b. _____ **$600.00**

   4c. Home maintenance, repair, and upkeep expenses      4c. _____

   4d. Homeowner's association or condominium dues      4d. _____

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                    Case number (if known) _____

| | | | Your expenses |
|---|---|---|---|

**5.**  **Additional mortgage payments for your residence,** such as home equity loans    5. _____

**6.**  **Utilities:**

    6a.  Electricity, heat, natural gas    6a. _____

    6b.  Water, sewer, garbage collection    6b. _____

    6c.  Telephone, cell phone, Internet, satellite, and    **(See continuation sheet(s) for details)**  6c. _____ **$367.77**
        cable services

    6d.  Other. Specify: _____    6d. _____

**7.**  **Food and housekeeping supplies**    **(Groceries )**  7. _____ **$1,500.00**

**8.**  **Childcare and children's education costs**    8. _____

**9.**  **Clothing, laundry, and dry cleaning**    **(See continuation sheet(s) for details)**  9. _____ **$150.00**

**10.**  **Personal care products and services**    **(See continuation sheet(s) for details)**  10. _____ **$300.00**

**11.**  **Medical and dental expenses**    **(See continuation sheet(s) for details)**  11. _____ **$1,450.00**

**12.**  **Transportation.** Include gas, maintenance, bus or train    12. _____ **$200.00**
    fare. Do not include car payments.

**13.**  **Entertainment, clubs, recreation, newspapers,**    13. _____
    **magazines, and books**

**14.**  **Charitable contributions and religious donations**    14. _____ **$287.50**

**15.**  **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance    15a. _____

    15b.  Health insurance    15b. _____

    15c.  Vehicle insurance    15c. _____ **$1,999.83**

    15d.  Other insurance. Specify: _____    15d. _____

**16.**  **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. _____

**17.**  **Installment or lease payments:**

    17a.  Car payments for Vehicle 1    **2023 Mercedes-Benz Sprinter**    17a. _____ **$2,559.57**

    17b.  Car payments for Vehicle 2    17b. _____

    17c.  Other. Specify: **2024 Can-Am**    17c. _____ **$512.82**

    17d.  Other. Specify: _____    17d. _____

**18.**  **Your payments of alimony, maintenance, and support that you did not report as**    18. _____
    **deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**

**19.**  **Other payments you make to support others who do not live with you.**    19. _____
    Specify: _____

Debtor 1 **Wade Darcy Schindewolf**
Debtor 2 **Heather Christine Schindewolf**

Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | **(See continuation sheet(s) for details)** 20a. | $15,313.00 |
| 20b. | Real estate taxes | **(Property Taxes)** 20b. | $157.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21. Other.** Specify: **Educational Expenses: Tuition, Books and Other**    21. +    $4,500.00

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | $30,524.49 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | $30,524.49 |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $25,449.60 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. − | $30,524.49 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | ($5,074.89) |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. | Explain here:
**None.**

---

Official Form 106J      **Schedule J: Your Expenses**      page 3

Debtor 1    **Wade Darcy Schindewolf**

Debtor 2    **Heather Christine Schindewolf**

Case number (if known) _____

**6c.  Telephone, cell phone, Internet, satellite, and cable services (details):**

| | |
|---|---|
| Cable | $264.00 |
| Netflix | $33.54 |
| Disney Plus | $29.00 |
| Amazon Prime | $16.23 |
| Paramount | $25.00 |
| **Total:** | **$367.77** |

**9.  Clothing, laundry, and dry cleaning (details):**

| | |
|---|---|
| Laundry | $50.00 |
| Clothing | $100.00 |
| **Total:** | **$150.00** |

**10.  Personal care products and services (details):**

| | |
|---|---|
| Barber/Beauty Parlor | $150.00 |
| Toiletries | $150.00 |
| **Total:** | **$300.00** |

**11.  Medical and dental (details):**

| | |
|---|---|
| Medical | $250.00 |
| Dental | $200.00 |
| Prescriptions | $1,000.00 |
| **Total:** | **$1,450.00** |

**20a.  Other Real Property--Mortgages on Other Property (details):**

| | |
|---|---|
| Kimble County Texas- 412 Acres | $6,620.00 |
| Kimble County Texas- 158 Acres | $4,315.00 |
| Kimble County Texas- 275 Acres | $4,378.00 |
| **Total:** | **$15,313.00** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Wade** | **Darcy** | **Schindewolf** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather** | **Christine** | **Schindewolf** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1.   *Schedule A/B: Property* (Official Form 106A/B)

   1a.  Copy line 55, Total real estate, from Schedule A/B.......................................................... **$1,419,902.00**

   1b.  Copy line 62, Total personal property, from Schedule A/B................................................ **$898,132.35**

   1c.  Copy line 63, Total of all property on Schedule A/B......................................................... **$2,318,034.35**

## Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$501,381.13**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$24,269.17**

   3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. + **$5,846,521.78**

   **Your total liabilities** **$6,372,172.08**

## Part 3:  Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I............................................................... **$25,449.60**

5.   *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J........................................................................ **$30,524.49**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                    Case number (if known) _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                           [_____]

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  | **Total claim** |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a.  Domestic support obligations.  (Copy line 6a.) | _____ |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | _____ |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | _____ |
| 9d.  Student loans.  (Copy line 6f.) | _____ |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | **+** _____ |
| 9g.  **Total.**  Add lines 9a through 9f. | [_____] |

---

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u><strong>Wade</strong></u><br>First Name</td><td><u><strong>Darcy</strong></u><br>Middle Name</td><td><u><strong>Schindewolf</strong></u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><u><strong>Heather</strong></u><br>First Name</td><td><u><strong>Christine</strong></u><br>Middle Name</td><td><u><strong>Schindewolf</strong></u><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u><strong>SOUTHERN DISTRICT OF TEXAS</strong></u></td></tr>
<tr><td colspan="4">Case number<br>(if known)</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Wade Darcy Schindewolf**
Wade Darcy Schindewolf, Debtor 1

Date **04/22/2025**
MM / DD / YYYY

X **/s/ Heather Christine Schindewolf**
Heather Christine Schindewolf, Debtor 2

Date **04/22/2025**
MM / DD / YYYY

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Wade** First Name | **Darcy** Middle Name | **Schindewolf** Last Name |
| Debtor 2 (Spouse, if filing) | **Heather** First Name | **Christine** Middle Name | **Schindewolf** Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy       04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**
☑ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**
☑ No
☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
*(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf**                              Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$57,692.32** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$57,692.32** |
| **For last calendar year:**<br>(January 1 to December 31, __2024__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$164,423.00** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$218,750.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$124,999.94** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$194,970.97** |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | _____ | _____ | Child Support | $750.00 |
|  | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, __2024__ )<br>YYYY | _____ | _____ | Child Support | $1,095.74 |
|  | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__ )<br>YYYY | _____ | _____ | _____ | _____ |
|  | _____ | _____ | _____ | _____ |

Debtor 1   **Wade Darcy Schindewolf**

Debtor 2   **Heather Christine Schindewolf**          Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **TD Auto Finance** | | **$4,487.70** | **$31,608.10** | ☐ Mortgage |
| Creditor's name | | | | ☑ Car |
| **Attn: Bankruptcy** | **Monthly $1,495.90** | | | ☐ Credit card |
| Number   Street | | | | ☐ Loan repayment |
| **PO Box 9223** | | | | ☐ Suppliers or vendors |
| **Farmington Hills**   **MI**   **48333-9223** | | | | ☐ Other _____ |
| City   State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Fifth Third Bank** | | **$7,672.71** | **$165,782.45** | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **Attn: Bankruptcy** | **Monthly $2,559.57** | | | ☐ Credit card |
| Number   Street | | | | ☐ Loan repayment |
| **Maildrop RCS83E 1830 E Paris Ave SE** | | | | ☐ Suppliers or vendors |
| **Grand Rapids**   **MI**   **49546** | | | | ☐ Other _____ |
| City   State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Ford Motor Credit** | | **$6,282.06** | **$70,550.04** | ☐ Mortgage |
| Creditor's name | | | | ☑ Car |
| **Bankruptcy Department** | **Monthly $2,094.02** | | | ☐ Credit card |
| Number   Street | | | | ☐ Loan repayment |
| **PO Box 35911** | | | | ☐ Suppliers or vendors |
| **Cleveland**   **OH**   **44135-0911** | | | | ☐ Other _____ |
| City   State   ZIP Code | | | | |

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**                                   Case number (if known) _____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

    ☑ No
    ☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes.  List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Joseph T. Ryerson & Son, Inc dba Texas Steel Processing vs. Land & Sea Industries, LLC, Wade Schindewolf** | **Default Judgment J7160204** | **Montgomery County 284th District Court** <br> Court Name <br> **PO Box 2985** <br> Number    Street <br><br> **Conroe**        **TX**    **77305** <br> City        State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number  **24-07-10658** | | | |
| **Triple-S Steel Holdings, Inc and AAP Metals, LLC dba Arbor Metals v. Wade Schindewolf** | **Judgment** | **Harris County 334th Judicial District Court** <br> Court Name <br><br> Number    Street <br><br><br> City        State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number  **202455107** | | | |
| **NFusion Capital Finance, LLC v. Wade D. & Heather Christine Schindewolf and Wolf's Lair Ranch, LLC** | | **98th Judicial Court, Travis County, TX** <br> Court Name <br><br> Number    Street <br><br><br> City        State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number  **D-1-GN-25-001572** | | | |

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**

Case number (if known) _____

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Turtle & Hughes, Inc. vs. Land & Sea Ind. and Wade Schindewolf** | **Judgment** | **133rd Judicial District Harris County, TX** | ☑ Pending |
| | | Court Name | ☐ On appeal |
| Case number  **2024-41067** | | Number      Street | ☐ Concluded |
| | | _____ | |
| | | City              State      ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☐ No
    ☑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed **Cash Tithing** | Date you contributed | Value |
|---|---|---|---|
| **Abiding Word Lutheran Church** | | **1/2024-12/2024** | **$3,450.00** |
| Charity's Name | | | |
| **17123 Red Oak Drive** | | _____ | _____ |
| Number      Street | | | |
| | | | |
| **Houston**              **TX**      **77090** | | | |
| City              State      ZIP Code | | | |

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**      Case number (if known) _____

| **Part 6:** | **List Certain Losses** |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cooper & Scully, P.C.**<br>Person Who Was Paid<br><br>**26310 Oak Ridge Drive**<br>Number    Street<br><br>**Suite 34**<br><br>**The Woodlands**    **TX**    **77380**<br>City    State    ZIP Code<br><br>**www.cooperscully.com**<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | **Attorney Fees: $20,000**<br>**Court Filing Fee: $1,738**<br>**Credit Report Fees: $90**<br>**Counseling Fees: $50** | **1/15/2025** | **$21,738.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                                    Case number (if known) _____

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Stellar Bank**<br>Name of Financial Institution<br>**PO Box 41314**<br>Number    Street<br><br>**Houston**         **TX**    **77241-1314**<br>City                 State    ZIP Code | XXXX- **5  6  6  2** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **12/2024** | **$0.00** |

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

**23.** Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☑ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Austin Kane Reyes-Cisneros**<br>Owner's Name<br>**6919 ROUND ROSE CT**<br>Number    Street<br><br>**SPRING**       **TX**    **77379**<br>City              State   ZIP Code | Number    Street<br><br>City              State   ZIP Code | **Home: 6919 Round Rose Ct, Spring, TX 77379** | **$280,000.00** |

Debtor 1  **Wade Darcy Schindewolf**

Debtor 2  **Heather Christine Schindewolf**                           Case number (if known) _____

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| **Land & Sea Industries, LLC** | **Describe the nature of the business** | **Employer Identification number** |
| Business Name | **Chapter 11 Case No. 24-33450, Filed 7/30/2024** | **Do not include Social Security number or ITIN.** |
| **101 E. Ave M.** | | EIN: 4   7  –  1   3   1   8   2   6   4 |
| Number     Street | **Name of accountant or bookkeeper** | |
| | **Munshi CPA PC** | **Dates business existed** |
| **Conroe          TX   77301** | | **From    5/2022    To _____** |
| City                State  ZIP Code | | |

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**

Case number (if known) _____

**Fabrication Management, LLC**
Business Name

**19321 Stuebner Airline**
Number     Street

_____

**Spring**          **TX**     **77379**
City              State   ZIP Code

Describe the nature of the business
**Manufacture of Energy Related Products**

Name of accountant or bookkeeper
**Anthis, Thomson & Ruddy**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  **4   6 – 3   4   2   7   2   9   3**

Dates business existed

From    **8/16/2013**     To    **Present**

**Wolf's Lair Ranch, LLC**
Business Name

**19321 Stuebner Airline**
Number     Street

_____

**Spring**          **TX**     **77379**
City              State   ZIP Code

Describe the nature of the business
**Property Holding**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  **8   8 – 2   3   0   4   9   1   6**

Dates business existed

From    **5/14/2022**     To    **Present**

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Wade Darcy Schindewolf**
Wade Darcy Schindewolf, Debtor 1

Date    **04/22/2025**

X **/s/ Heather Christine Schindewolf**
Heather Christine Schindewolf, Debtor 2

Date    **04/22/2025**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Wade</strong><br>First Name</td><td><strong>Darcy</strong><br>Middle Name</td><td><strong>Schindewolf</strong><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Heather</strong><br>First Name</td><td><strong>Christine</strong><br>Middle Name</td><td><strong>Schindewolf</strong><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td colspan="4">Case number<br>(if known)</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Hold Secured Claims

1.   For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Allegiance Bank**<br><br>Description of property securing debt: **2022 Moab UTV** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Creditor's name: **Fifth Third Bank**<br><br>Description of property securing debt: **2023 Mercedes-Benz Sprinter Van (approx. 13,000 mi** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Ford Motor Credit**<br><br>Description of property securing debt: **2023 Ford F350 XLT (approx. 80,000 miles)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

| Debtor 1 | **Wade Darcy Schindewolf** | |
|----------|---------------------------|---|
| Debtor 2 | **Heather Christine Schindewolf** | Case number (if known) _____ |

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Select Portfolio Servicing, Inc** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **6919 ROUND ROSE CT, SPRING, TX 77379** | | |
| Creditor's name: **Sheffield Financial** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **2024 Can-Am 6LRA** | | |
| Creditor's name: **TD Auto Finance** | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **2020 Lincoln Navigator Reserve (approx. 75,000 mil** | | |

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**          **Will this lease be assumed?**

**None.**

## Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Wade Darcy Schindewolf**          X **/s/ Heather Christine Schindewolf**
_____          _____
Wade Darcy Schindewolf, Debtor 1          Heather Christine Schindewolf, Debtor 2

Date  **04/22/2025**          Date  **04/22/2025**
MM / DD / YYYY          MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |       |                      |
|---|-------|----------------------|
|   | $245  | filing fee           |
|   | $78   | administrative fee   |
| + | $15   | trustee surcharge    |
|   | $338  | total fee            |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.*  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| **+** | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| **+** | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| **+** | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/forms/bankruptcy-forms

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re **Wade Darcy Schindewolf**
      **Heather Christine Schindewolf**

Case No. _____

Chapter  **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..........................Hourly: Estimated Total   **$50,000.00**

Prior to the filing of this statement I have received......................................................   **$20,000.00**

Balance Due..........................................................................Hourly: Approximately   **$30,000.00**

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/22/2025** | **/s/ Julie M. Koenig** | |
| --- | --- | --- |
| *Date* | *Julie M. Koenig* | Bar No.  14217300 |
| | Cooper & Scully, P.C. | |
| | 26310 Oak Ridge Drive | |
| | Suite 34 | |
| | Spring, TX 77380 | |
| | Phone: (713) 236-6800 / Fax: (713) 236-6880 | |

---

**/s/ Wade Darcy Schindewolf**

*Wade Darcy Schindewolf*

**/s/ Heather Christine Schindewolf**

*Heather Christine Schindewolf*

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wade** | **Darcy** | **Schindewolf** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather** | **Christine** | **Schindewolf** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

---

Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form.  If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form.  Do not include claims by anyone who is an insider.  Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.

---

**Part 1:     List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | Unsecured claim |
|---|---|---|---|

**1** | **Buffalo Equipment, Inc**
Creditor's name
**8681 Louetta Road**
Number          Street
**Ste. 220**

**Spring**          **TX**     **77379**
City          State     ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim?     **Business Account**          $2,481,042.95
As of the date you file, the claim is:     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
          Value of security          — _____
          Unsecured claim:          _____

**2** | **Nfusion**
Creditor's name
**6444 Burnet Road**
Number          Street
**Suite 100**

**Austin**          **TX**     **78757**
City          State     ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim?     **Business Account**          $1,298,841.79
As of the date you file, the claim is:     Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
          Value of security          — _____
          Unsecured claim:          _____

---

Debtor 1  **Wade Darcy Schindewolf**
Debtor 2  **Heather Christine Schindewolf** _____  Case number (if known) _____

|  |  |  | Unsecured claim |
|---|---|---|---|

**3** | **Joseph T. Ryerson & Son, Inc dba** | What is the nature of the claim? **Abstract of Judgment** | **$890,184.00**

Creditor's name
**Texas Steel Processing, Inc.**
Number      Street
**P.O. Box 731529**

**Dallas**          **TX**    **75373-1529**
City          State    ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
        Value of security    — _____
        Unsecured claim:        _____

---

**4** | **Triple-S Steel Supply LLC** | What is the nature of the claim? **Abstract of Judgment** | **$847,403.46**

Creditor's name
**11310 West Little York**
Number      Street

**Houston**        **TX**    **77041**
City          State    ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
        Value of security    — _____
        Unsecured claim:        _____

---

**5** | **Amex** | What is the nature of the claim? **Personal Debt** | **$236,182.00**

Creditor's name
**Correspondence/Bankruptcy**
Number      Street
**PO Box 981535**

**El Paso**        **TX**    **79998**
City          State    ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
        Value of security    — _____
        Unsecured claim:        _____

---

**6** | **Fifth Third Bank** | What is the nature of the claim? **Recreational** | **$103,982.45**

Creditor's name
**Attn: Bankruptcy**
Number      Street
**Maildrop RCS83E 1830 E Paris Ave SE**

**Grand Rapids**      **MI**    **49546**
City          State    ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
**Does the creditor have a lien on your property?**
☐ No
☑ Yes.  Total claim (secured and unsecured):    **$165,782.45**
        Value of security    — **$61,800.00**
        Unsecured claim:        **$103,982.45**

Debtor 1    **Wade Darcy Schindewolf**

Debtor 2    **Heather Christine Schindewolf**                          Case number (if known) _____

|  |  |  | Unsecured claim |
|---|---|---|---|

| **7** | **Chase** | **What is the nature of the claim?**    **Personal Debt** | **$35,198.79** |
|---|---|---|---|

Creditor's name

**PO Box 15298**

Number        Street

_____

**Wilmington            DE        19850-5918**

City                          State        ZIP Code

**As of the date you file, the claim is:**    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes.  Total claim (secured and unsecured): _____
         Value of security                    — _____
         Unsecured claim:                       _____

Contact _____

Contact phone _____

| **8** | **Ford Motor Credit** | **What is the nature of the claim?**    **Auto** | **$30,950.04** |
|---|---|---|---|

Creditor's name

**Bankruptcy Department**

Number        Street

**PO Box 35911**

**Cleveland            OH        44135-0911**

City                          State        ZIP Code

**As of the date you file, the claim is:**    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☑ Yes.  Total claim (secured and unsecured):   **$70,550.04**
         Value of security                    — **$39,600.00**
         Unsecured claim:                       **$30,950.04**

Contact _____

Contact phone _____

| **9** | **Amex** | **What is the nature of the claim?**    **Personal Debt** | **$29,081.00** |
|---|---|---|---|

Creditor's name

**Correspondence/Bankruptcy**

Number        Street

**PO Box 981535**

**El Paso            TX        79998**

City                          State        ZIP Code

**As of the date you file, the claim is:**    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes.  Total claim (secured and unsecured): _____
         Value of security                    — _____
         Unsecured claim:                       _____

Contact _____

Contact phone _____

| **10** | **Internal Revenue Service** | **What is the nature of the claim?**    **941 Taxes- Business Debt** | **$24,269.17** |
|---|---|---|---|

Creditor's name

**Insolvency Department**

Number        Street

**PO Box 7346**

**Philadelphia            PA        19101-7346**

City                          State        ZIP Code

**As of the date you file, the claim is:**    Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes.  Total claim (secured and unsecured): _____
         Value of security                    — _____
         Unsecured claim:                       _____

Contact _____

Contact phone _____

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**

Case number (if known) _____

|  |  | Unsecured claim |
|---|---|---|

**11** | **Wells Fargo**
Creditor's name

**PO Box 10347**
Number         Street

_____

**Des Moines        IA        50306**
City                State      ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Personal Debt**          **$11,301.63**

As of the date you file, the claim is:    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes.  Total claim (secured and unsecured):   _____
            Value of security            –   _____
            Unsecured claim:                 _____

---

**12** | **St. Luke's Health**
Creditor's name

**PO Box 676133**
Number         Street

_____

**Dallas        TX        75267-6133**
City            State      ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Medical**          **$10,593.36**

As of the date you file, the claim is:    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes.  Total claim (secured and unsecured):   _____
            Value of security            –   _____
            Unsecured claim:                 _____

---

**13** | **Baylor Radiologists**
Creditor's name

**PO Box 208108**
Number         Street

_____

**Dallas        TX        75320-8108**
City            State      ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Medical**          **$2,474.00**

As of the date you file, the claim is:    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes.  Total claim (secured and unsecured):   _____
            Value of security            –   _____
            Unsecured claim:                 _____

---

**14** | **Capital One**
Creditor's name

**Attn: Bankruptcy**
Number         Street

**PO Box 30285**

_____

**Salt Lake City        UT        84130**
City                    State      ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Personal Debt**          **$2,060.00**

As of the date you file, the claim is:    Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes.  Total claim (secured and unsecured):   _____
            Value of security            –   _____
            Unsecured claim:                 _____

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf** _____   Case number (if known) _____

|  |  | Unsecured claim |
|---|---|---|

**15** | **Allegiance Bank** | What is the nature of the claim? | **Automobile** | **$1,834.00**

Creditor's name
**1302 West Davis Street**
Number        Street
**Ste. A**

**Conroe**            **TX**    **77304**
City            State    ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:**     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes.  Total claim (secured and unsecured):    **$8,834.00**
           Value of security              −    **$7,000.00**
           Unsecured claim:                    **$1,834.00**

---

**16** | **Hctra-Violations** | What is the nature of the claim? | **Tolls** | **$1,162.76**

Creditor's name
**Dept 1**
Number        Street
**PO Box 4440**

City            State    ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:**     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
           Value of security              −    _____
           Unsecured claim:                    _____

---

**17** | **Integrative ER Svs. Phys Grp Houston** | What is the nature of the claim? | **Medical** | **$352.26**

Creditor's name
**PO Box 2347**
Number        Street

**Indianapolis**       **IN**    **46206-2347**
City            State    ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:**     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
           Value of security              −    _____
           Unsecured claim:                    _____

---

**18** | **Hctra-Violations** | What is the nature of the claim? | **Tolls** | **$259.40**

Creditor's name
**Dept 1**
Number        Street
**PO Box 4440**

City            State    ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:**     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
           Value of security              −    _____
           Unsecured claim:                    _____

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**

Case number (if known) _____

| | | Unsecured claim |
|---|---|---|

**19** | **COMMUNITY PATHOLOGY/ BAYLOR (** | **What is the nature of the claim?** **MEDICAL** | **$113.20**

Creditor's name
**P.O. BOX 376500**
Number          Street
_____

**DALLAS**          **TX**      **75267-6500**
City          State      ZIP Code

Contact
_____

Contact phone

**As of the date you file, the claim is:**     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
        Value of security          − _____
        Unsecured claim:             _____

**20** | **Harvest Associates, Inc.** | **What is the nature of the claim?** **Collecting for -PLLC Majes** | **$93.18**

Creditor's name
**PO Box 1665**
Number          Street
_____

**Montgomery**          **TX**      **77356**
City          State      ZIP Code

Contact
_____

Contact phone

**As of the date you file, the claim is:**     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
        Value of security          − _____
        Unsecured claim:             _____

---

**Part 2:    Sign Below**

---

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X **/s/ Wade Darcy Schindewolf**
Wade Darcy Schindewolf, Debtor 1

Date **04/22/2025**
      MM / DD / YYYY

X **/s/ Heather Christine Schindewolf**
Heather Christine Schindewolf, Debtor 2

Date **04/22/2025**
      MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Wade Darcy Schindewolf**                                    CASE NO
           **Heather Christine Schindewolf**

                                                                        CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  4/22/2025                                    Signature   **/s/ Wade Darcy Schindewolf**
                                                                **Wade Darcy Schindewolf**


Date  4/22/2025                                    Signature   **/s/ Heather Christine Schindewolf**
                                                                **Heather Christine Schindewolf**

3S Service Group, LLC
733 Telmark Trail
Frisco, TX 75034


3S Steel Services, LLC
733 Telmark Trail
Frisco, TX 75034


AA Welding
23926 Swallowtail Ln
New Caney, TX 77357


AAP Metals, LLC
8411 Irvington Blvd
Suite A
Houston, TX 77022

Able Insulation Contractors, Inc
PO Box 75083
Houston, TX 77275


Access Casters
PO Box 43138
Chicago, IL 60643


Accu Test Labs L.L.P.
6722 Guhn Rd.
Houston, Texas 77040


Action Collection Services
22 Center Street
Freehold, NJ 07728


Action Stainless & Alloys, Inc.
1505 Haley Way
Carrollton, TX 75007

Advanced Compressed Air Solutions LLC
9421 FM2920 Rd
Bldg 23
Tomball, Texas 72565


Air -Vac
2925 E Davis St
Conroe, Texas 77301


AkzoNobel
International Paint, LLC
6001 Antoine Drive
Houston, TX 77091


Alejandro Welding
213 Newman Court
Conroe, TX 77303


Allegiance Bank
1302 West Davis Street
Ste. A
Conroe, TX 77304


Allen Serrato
17440 Crockett Forest Dr.
Conroe, TX 77306


Alro Steel
4321 N. Garnett Rd.
Little Falls, New Jersey 07424


Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998


Andrea San Martin
612 Spruce Dr
Conroe, TX 77302

Andrews Myers, PC
1885 Saint James Place
15th Floor
Houston, TX 77056


Anl's Persi Weld
1800 Little York Rd
Trl #17
Houston, TX 77093


Antonio Bernal
207 S Sandra St
Conroe, TX 77301


Arthur Gallagher Risk Mgmt Sevices
PO Box 39735
Chicago, IL 60694


ASME
150 Clove Road
Little Falls, New Jersey 07424


Authorized Inspection Associates, LLC
14531 FM 529
Suite 135
Houston, Texas 77095


Avtech Capital, LLC
6995 Union Park Center
Suite 400
Cottonwood Heights, Utah 84047


B&C FASTENERS
16143 WOOD DR
Channelview, Texas 77530


Baker Donelson
1501 Main St
Ste. 310
Columbia, SC 29201

Bass Tool & Supply, Inc.
2300 Fairway Park Dr
Houston, Texas 77092-7603


Baylor Radiologists
PO Box 208108
Dallas, TX 75320-8108


BCI Supply
107 Gladstell Street
Conroe, Texas 77301


Beneficial Fire Protection
PO Box 093
Cypress, TX 77410


Best Stainless Alloys
11930 Protoir St
Houston, TX 77038


Bickerstaff Heath
950 Echo Ln
Ste. 357
Houston, TX 77024


Blue Ridge Financial LLc
11921 Freedom Drive
Suite 1130
Reston, VA 20190


Bobcat Crane LLC
PO Box 663
Hillsboro, Texas 76645


Bolger & Co. Inc
79 Chestnut St
Ridgewood, NJ 07450

Brandon Rivera
11895 Old Montgomery Rd. #24
Willis, TX 77318


Brian Musslewhite
21747 Deep Pines Dr
Porter, TX 77365


Brighton Tru-Edge Heads
P.O. Box 631547
Cincinnati, Ohio 45263-1547


Buffalo Equipment, Inc
8681 Louetta Road
Ste. 220
Spring, TX 77379


Burlington Automation
8 Enterprise Cres
Waterdown, ON L8B 0Y2, Canada


Burton Controls, Inc
11600 S. Meridian Ave
Oklahoma City, Oklahoma 73173


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Carboline Global Inc.
2150 Schuetz Road
St. Louis, Missouri 63146


CAST
3340 GREENS RD
STE A680
Houston, Texas 77032

Charlie Hill
19747 Swan Valley Dr.
Cypress, TX 77433


Chase
PO Box 15298
Wilmington, DE 19850-5918


CIT Bank
10201 Centurion Pkwy North
Suite 100
Jacksonville, FL 32256


CITY OF CONROE
PO BOX 3066
CONROE, TX   77305-3066


City Pallet, LLC
14529 Duncum St
Houston, Texas 77015


CMB Realty Consulting, LLC
14722 Fishers Cove
Pinehurst, Texas 77362


CMI Valve
13701 Stafford Point Drive
Ste. A
Stafford, Texas 77477


Colgan-Wilson Metals, LLC
3165 Milam ST
Beaumont, Texas 77701


COMMUNITY PATHOLOGY/ BAYLOR COLLEGE OF M
P.O. BOX 376500
DALLAS, TX 75267-6500

Conroe Bolt & Fastner Products
1775 Loop 336 E.
Suite 11
Conroe, Texas 77301

Conroe Instrument & Controls Co.
P.O. Box 2162
Conroe, Texas 77305

Conroe Welding Supply
P.O. Box 2588
Conroe, Texas 77305

Construct Connect
PO Box 207121
Dallas, Texas 75320

Controlled Automation, Inc.
P.O. Box 888
Bryant, Arkansas 72089

CrossDock
PO Box 1449
Spring, Texas 77383

CTG, INC
PO BOX 650998
Dallas, Texas 75265

Cubeco
1415 Harris ST
Houston, Texas 77020

CW Rod Tool Company
PO Box 840511
Dallas, Texas 75284-0511

Cypress Fairbanks ISD
10494 Jones Rd. #106
Houston, TX 77065


D&W Nameplate Service, Inc.
5200 Mitchelldale ST
Suite E-19
Houston, Texas 77092

Delta Specialty Coatings, LLC
5738 Heiser St
Houston, TX 77087


Delta Steel Inc.
P.O. Box 849086
5th Floor
Dallas, Texas 75284-9086

Direct Bolt & Supply LLC
7203 Belgold St.
STE A
Houston, Texas 77066

Double Life Corp
200 N Rockwell Ave
Oklahoma City, Oklahoma 73127


Dynamic Laboratories, Inc.
3650 Underwood Rd
La Porte, Texas 77571


ECS Integrity LLC
13720 FM 529 Rd
STE 200
Houston, Texas 77041


Eliel Lerma
19217 Avery Jane Ln.
Porter, TX 77365

```
Elliot Electric Supply
P.O. Box 206524
Dallas, Texas 75320


Engs Commercial Finance Co.
PO Box 128
Itasca, IL 60143


Equipment Management Services
6910 S Lake Houston Pkwy
Houston, Texas 77049


Equipment Share
P.O Box 2214
Decatur, Alabama 35609


ER Machining
2909 Paul Quinn St
Houston, Texas 77091


Fastshot Logistics, LLC
9033 Windmill Park Road
Houston, Texas 77064


Federal Steel Supply LLC
747 Goddard  Ave
Chesterfield, Missouri 63005


Fenix Workforce
12605 East Fwy
Suite 601
Houston, TX 77015


Ferguson Enterprises
PO Box 847411
Dallas, Texas 75284
```

Fifth Third Bank
Attn: Bankruptcy
Maildrop RCS83E 1830 E Paris Ave SE
Grand Rapids, MI 49546


Flagstar Financial & Financial LLC
100 Duffy Ave
Suite 402
Hicksville, NY 11801


Ford Motor Credit
Bankruptcy Department
PO Box 35911
Cleveland, OH 44135-0911


Fort Worth F & D Company
3040 Peden Road
Fort Worth, Texas 76179


Gary E. Patterson, PC
1420 Alabama St
Houston, TX 77004


Genius Solution
251 Little Falls Dr.
Wilmington, Delaware 19808


GFL Environmental
26777 Central Park Blvd
Suite 255
Southfield, MI 48076


Gulf Electroquip
PO BOX 4346
Dept 109
Houston, Texas 77210


Harris County
PO Box 2848
Houston, TX 77252

Harvest Associates, Inc.
PO Box 1665
Montgomery, TX 77356


Hctra-Violations
Dept 1
PO Box 4440
Houston, TX 77210-44440


Hernandez Welding Company
23972 Mydas Fly Ln
New Caney, TX 77357


HGG Profiling Equipment, Inc.
228 East 45th Street
Suite 9E
New York, New York 10017-3303


Holloway Houston Inc
5833 Armour Dr.
Houston, Texas 77020


Houston Welders Supply LLC
11001 Wallisville rd
Bldg B
Houston, Texas 77013


Hufco
P.O. Box 40489
Houston, Texas 77240


Husch Blackwell, LLP
111 Congress Ln
Ste. 1400
Austin, TX 78701


Hydradyne, LLC
15050 FAA Blvd.
Fort Worth, Texas 76155

Industrial Piping Specialists, Inc.
P.O. Box 581270
Tulsa, Oklahoma 74158


Innovative IDM, LLC
301 W. Vista Ridge Mall Dr.
Suite 100
Lewisville, Texas 75067


Integrative ER Svs. Phys Grp Houston
PO Box 2347
Indianapolis, IN 46206-2347


IntegriCert, LLC
608 Hangar Drive
New Iberia, Louisiana 70560


Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030


International Paint LLC.
P.O. Box 847202
Dallas, Texas 75284-7202


Intrepid Industries
2305 S. Battleground Road
La Porte, Texas 77571-9475

```
IRS
PO BOX 149047
AUSTIN, TX  78714


IRS
8701 S. GESSNER
HOUSTON, TX  77074


IRS
Civil Process Clerk
United States Attorney's Office S.D.Tex
1000 Louisiana, Ste. 2300
Houston, Texas 77002

ISN
3232 McKinney Ave
Suite 1500
Dallas, TX 75204


J D Herberger & Associates, PC
11767 Katy Freeway
Suite 920
Houston, TX 77079


J&B Mobile Heavy Equipment
681 Lawrence Creek Rd
Cleveland, TX 77328


J.R. Jones Law PLLC
6026 Remson Hollow Lane
Katy, TX 77494


Jameson & Dunagan PC
5429 LBJ Freeway
Suite 300
Dallas, TX 75240


JBC Manpower, LLC
N Sam Houston Pkwy E
Suite 100
Houston, Texas 77060
```

Jefferson Morillo Diaz
14150 Wunderlich Dr
Houston, TX 77069


Jesus Betancourt Contreras
14726 Mittlested Champions Dr Apt D
Houston, TX 77096


Jesus Garcia
General Labor
23593 Aestival St
Porter, TX 77365


Jesus Urdaneta Serrano
5518 Claymore Meadow Ln
Spring, TX 77389


Jhonny's Metal
27356 Coach Light Ln
New Caney, TX 77357


JM Funding Group, Inc.
8310 S Valley Highway
Ste. 160
Englewood, CO 80112


John R. Jones
6026 Remson Hollow Lane
Katy, TX 77494


Jordi Hernandez
306 Humble Tank Rd Trlr 34
Conroe, TX 77304


Jose Cerda
12507 West Hardy Rd.
Houston, TX 77037

Joseph T. Ryerson & Son, Inc dba
Texas Steel Processing, Inc.
P.O. Box 731529
Dallas, Texas 75373-1529


JP Steel, LLC
6811 FM 362 Rd.
Brookshire, Texas 77423


Kevin Hooper
730 Leaflet Ln.
Spring, TX 77388


Kirenia Reyes Diaz
7807 American Holly Ct
Cypress, TX 77433


Land & Sea Industries, LLC
101 E. Ave M.
Conroe, TX 77301


Lee Transervices, Inc.
125 North First St.
Lufkin, Texas 75901


Leobardo Marin Ruiz
18003 Autumn Hills Dr.
Katy, TX 77449


Lichtgitter USA
12818 N. Lake Houston Pkwy
Houston, Texas 77044


Lincoln Automotive Finance
Attn: Bankrutcy
PO Box 542000
Omaha, NE 68154

Lincoln Lumber, LLC
PO Box 778
Conroe, Texas 77305


LINEBARGER, GOGGAN & BLAIR
PO BOX 3064
HOUSTON, TX  77253-3064


LoneStar Forklift 2017 USA, Inc
P.O BOX 561075
Denver, Colorado 80256-1075


Luis Cepeda Silva
3720 College Park Dr Apt #16202
 Conroe, TX 77384


Luis Sanchez
25381 Cedar Ln
Splendora, TX 77372


Lynco Flange & Fitting
P.O. Box 926226
Houston, Texas 77292


Lyssy & Eckel, Inc
P.O. Box 324
Poth, Texas 78147


M-Test Montipower Test Equipment
7677 Coppermine Dr.
Manassas, Virginia 20109


M.G. Insulation
2115 Marshall St.
Pasadena, Texas 77506

MACCO LLC
4369 Sapp Rd.
Conroe, Texas 77304


Machitech Automation LLC
1199 W Newport Center Dr
Deerfield Beach, Florida 33442


Madden Bolt Corp
13420 Hempstead Rd
Houston, TX 77040


Magnum Metal Treating
PO Box 1859
Conroe, Texas 77305


Maudlin Products
1929 Hwy 146
Kemah, Texas 77565


McCormack Fire Extinguishers Specialists
P.O. Box 1332
Conroe, Texas 77305


McMaster-Carr
P.O. Box 7690
Chicago, Illinois 60680-7690


McNichols Company
P.O. Box 779248
Chicago, Illinois 60677-9248


Metal Cutting Specialist
PO Box 4356
Dept. 624
Houston, Texas 77210-4356

Metal Servicio Beta
14722 Mittlestedt Champions Drive
Apt C
Houston, TX 77069


Mill Steel Company
2905 Lucerne Dr SE
Grand Rapids, Michigan 49546


MineralTech
PO Box 377
Deweyville, TX 77614


MineralTech Gulf Coast Abrasives, LLC
P.O. Box 4356
Dept. 2274
Houston, Texas 77210-4356


Mitrowski Welding Equipment, Ltd
PO Box 225
Houston, TX 77587


Moffitt Services
17302 House Hahl Rd
#211
Cypress, Texas 77433


Monday.com LTD
6 Yitzhak Sadeh Street
Tel Aviv Israel 6777506


MONTGOMERY COUNTY
TAX COLLECTOR
400 N SAN JACINTO
CONROE, TX  77301-2823


Moritt Hock & Hamroff, LLP
400 Garden City Plaza
2nd Floor
Garden City, NY 11530

```
MSI Supply, Inc
PO Box 24279
Houston, Texas 77229


MTest
5750 N. Sam Houston Pkwy E
Ste. 1016
Houston, TX 77032


Murray Lobb PLLC
2200 Space Park Drive
Ste. 350
Houston, TX 77058


Mustang Cat
PO Box 4346
Dept 144
Houston, TX 77210-4346


New Millennium Building Systems, LLC
7575 W. Jefferson Blvd.
Fort Wayne, Indiana 46804


Nfusion
6444 Burnet Road
Suite 100
Austin, TX 78757


North Shore Supply Co Inc
1633 Miles St
Houston, Texas 77015


NOV Tuboscope
P.O. Box 94444
Oklahoma City, Oklahoma 73143


NR Staffing & Recruiting, LLC
P.O. Box 8968
Spring, Texas 77387
```

Office of the Attorney General of TX
12221 Merit Drive
Ste. 650
Dallas, TX 75251

Orlando Betancourt Ferrebus
14722 C Mittlestedt Champion Dr.
Houston, TX 77069

Packer Fastener
728 Lombardi Ave
Green Bay, Wisconsin 54304

Parks Coffee
P.O. Box 110209
Carrollton, Texas 75011-0209

Pinnacle Industries, Ltd.
407 Eagle Ave.
Pasadena, Texas 77506

Piping Technology & Products
3701 Holmes Rd
Houston, TX 77051

PPG Architechural Finishes, INC
910 W Dallas
Conroe, Texas 77301

Precision Piping Products, LLC
15803 Tuckerton Rd
Houston, Texas 77095

PRO Inspection Services
3762 Kermit Hwy
Odessa, TX 79764

Professional Welding Supply Inc.
3000 Brittmoore Rd
BLDG B
Houston, Texas 77043

Proweld Industrial Services LLC
2616 S Loop W
STE 650
Houston, Texas 77054

PSS Industrial Group Corporation
10507 Ella Blvd
Suit 100
Houston, Texas 77038

QA QC Lead, LLC
1707 S Houston Rd
Pasadena, TX 77502

Ring Central
20 Davis St
Belmont, CA 94002

Robert Bruges
16719 Wine Meadows Ct.
Cypress, TX 77429

Robert Walker
351 Leisure Ln.
Montgomery, TX 77356

Roberto Betancourt Garcia
14722 Mittlestedt Champions Dr. Unit C
Houston, TX 77069

Roberts Becerra Godoy
14706 Mittlestedt Champions
Houston, TX 77069

Rogue Wast Recovery & Environmental
PO Box 258
Conroe, TX 77305


Roman Flores
1008 Bayou Shore Dr
Galveston, TX 77551


Romar Supply
3110 Kettering Blvd
Moraine, Ohio 45439


S & S Service Company
31020 Collier Smith Road
Magnolia, Texas 77375


Sabre Industries
3575 Pollock Dr.
Conroe, Texas 77303


Saulsbury Industries, Inc
PO Box 222080
Dallas, TX 75222


SBA Loan
10737 Gateway West
#300
El Paso, TX 79935


Schober & Schober, PC
1611 Nueces Street
Austin, TX 78701


Select Portfolio Servicing, Inc
Attn: Bankruptcy Dept
PO Box 65250
Salt Lake City, UT 84165

Seyfarth Shaw LLP
c/o 101 East Ave M TX LLC
700 Milam, Ste. 1400
Houston, TX 77002


SFI - Gray Steel
5480 Windfern Rd
Houston, Texas 77041


Sheffield Financial
Attn: Bankruptcy
PO Box 1704
Clemmons, NC 27012


Sheppard, Mullin, Richter & Hampton, LLP
2200 Ross Ave, Floor 20
Dallas, TX 75201


Source Metals Inc
6951 W. Little York
Houston, Texas 77040


Southeast Forklift Services, LLC
LLC 2121 East Freeway
Baytown, Texas 77521


Southeastern Freight Lines, Inc
PO Box 1691
Columbia, SC 29202


St. Luke's Health
PO Box 676133
Dallas, TX 75267-6133


Stellar Bank
8807 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77040-5346

Steven W Soule
521 East 2nd St
Suite 1200
Tulsa, OK 74120


Storm Water Solutions LLC
P.O. Box 650998
Dallas, Texas 75265


Streamline Innovations, Inc
777 E. Sonterra Blvd
Ste. 200
San Antonio, TX 78258


Streamline Innovations, Inc.
20039 Stone Oak Parkway
Ste. 1105 PMB 476
San Antonio, TX 78258


Sullivan Wire Rope & Rigging Inc
5714 Luce Street
Houston, Texas 77087


Sunbelt Rentals, Inc
2341 Deerfield Drive
Fort Mill, South Carolina 29715


Swipejobs
PO Box 205521
Dallas, TX 75320


SYJCH Workforce, LLC
12605 East Fwy Ste. 601
Houston, TX 77015


Synerprise Consulting Service, Inc
5651 Boradmoor Street
Mission, KS 66202

T-TEX INDUSTRIES
PO Box 751267
Houston, Texas 77257


TD Auto Finance
Attn: Bankruptcy
PO Box 9223
Farmington Hills, MI 48333-9223

Texan Overhead Crane and Services, LLC
P.O. Box 2195
Spring, Texas 77383


Texas Compression Services
16250 Tomball Parkway
Houston, Texas 77086


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept

Texas Express CNC, LLC
P.O. Box 1437
Tomball, Texas 77377


Texas Pipe & Supply, LTD.
P.O. Box 4346
Dept 659
Houston, Texas 77210-4346


Texas Workforce Commission
PO Box 149037
Austin, Texas  78714-9037


The Bays Firm
1503 Hailey
Conroe, TX 77301

The Gonzalez Group, PLLC
7151 Office City Drive
Houston, TX 77087


The Jacob Companies, LLC
5465 Legacy Drive
Ste. 650
Plano, TX 75024


The National Board Of Boiler And Pressur
1055 Crupper Avenue
Columbus, Ohio 43229-1183


The Sherwin Williams Co.
P.O. Box 840943
Dallas, Texas 75284-0943


The Walker Firm
PO Box 62
Jasper, TX 75951


Totz Ellison & Totz PC
2211 Norfolk
Suite 510
Houston, TX 77098


TPC Industrial, LLC
10607-B Langston Dr
Mont Belvieu, Texas 77523


Traw Machine Works
18635 Telge Road
Cypress, Texas 77429


Treece Law Firm
1020 Bay Area Blvd
Ste. 200
Houston, TX 77058

Triple-S Steel Supply LLC
11310 West Little York
Houston, Texas 77041


Tru-Fit Products of Houston
460 Lake Rd.
Medina, Ohio 44256


TRUE Power Instrumentation & Electrical
7215 Ramblewood Dr.
Magnolia, Texas 77354


TTS, LLC
11000 Frisco St
Suite 100
Frisco, Texas 75033


Turtle & Hughes, Inc
100 Walnut Ave
Clark, New Jersey 07066


Uline
PO Box 88741
Chicago, IL 60680


United Machining Services Inc.
1009 Ivey
Conroe, Texas 77301


Veriforce
PO Box 843429
Dallas, TX 75284


Ward Electric Supply Co
309 s Frazier St
Conroe, Texas 77301

Welding Multi Services
11017 Crenchrust CT
Houston, TX 77086


Wells Fargo
PO Box 10347
Des Moines,  IA  50306


Wells, Jaworski & Liebman
12 Route 17 North
PO Box 1827
Paramus, New Jersey 07653-1827


West Bolt C&E
717 Bradfield Rd
Houston, TX 77060


Willam Silas Hackney, III
3205 North Hoyne Ave
Ste. 1a
Chicago, IL 60618


Wolf's Lair Ranch, LLC
19321 Stuebner Airline
Spring, TX 77379

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Wade Darcy Schindewolf**                              CASE NO
        **Heather Christine Schindewolf**

                                                                CHAPTER   **11**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

**Exemption Totals by Category:**                              Scheme Selected: **State**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $1,419,902.00 | $205,234.53 | $1,214,667.47 | $1,139,902.00 | $74,765.47 |
| 3. | Motor vehicles (cars, etc.) | $131,125.00 | $236,332.49 | $29,725.00 | $29,725.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $26,606.50 | $28,206.01 | $234.49 | $0.00 | $234.49 |
| 6. | Household goods and furnishings | $2,510.00 | $0.00 | $2,510.00 | $2,510.00 | $0.00 |
| 7. | Electronics | $1,462.00 | $0.00 | $1,462.00 | $1,462.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $2,270.00 | $0.00 | $2,270.00 | $2,270.00 | $0.00 |
| 10. | Firearms | $850.00 | $0.00 | $850.00 | $500.00 | $350.00 |
| 11. | Clothes | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 | $0.00 |
| 12. | Jewelry | $4,665.00 | $0.00 | $4,665.00 | $4,665.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $90.00 | $0.00 | $90.00 | $0.00 | $90.00 |
| 17. | Deposits of money | $13,963.68 | $0.00 | $13,963.68 | $0.00 | $13,963.68 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $577,000.00 | $0.00 | $577,000.00 | $0.00 | $577,000.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $12,027.08 | $0.00 | $12,027.08 | $12,027.08 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $10,091.00 | $0.00 | $10,091.00 | $0.00 | $10,091.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Wade Darcy Schindewolf**                                    CASE NO
**Heather Christine Schindewolf**

CHAPTER    **11**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**                                                       Scheme Selected: **State**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|----------------------|--------------------|--------------|--------------------|------------------------|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $76,922.09 | $0.00 | $76,922.09 | $76,922.09 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$2,280,684.35** | **$469,773.03** | **$1,947,677.81** | **$1,271,183.17** | **$676,494.64** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Wade Darcy Schindewolf**                                    CASE NO
          **Heather Christine Schindewolf**

                                                                          CHAPTER    **11**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| 2020 Lincoln Navigator Reserve (approx. 75,000 miles) | $37,350.00 | $31,608.10 | $5,741.90 |
| **TOTALS:** | **$37,350.00** | **$31,608.10** | **$5,741.90** |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| 6919 ROUND ROSE CT, SPRING, TX 77379 | $280,000.00 | $205,234.53 | $74,765.47 | $74,765.47 |
| **Personal Property** | | | | |
| 2024 Can-Am 6LRA | $19,606.50 | $19,372.01 | $234.49 | $234.49 |
| Mossberg Maverick, Cal. 243 | $150.00 | | $150.00 | $150.00 |
| Browning BPS, Cal. 12 ga. | $100.00 | | $100.00 | $100.00 |
| Mossberg, Cal. 12 ga. | $100.00 | | $100.00 | $100.00 |
| Cash on Hand | $90.00 | | $90.00 | $90.00 |
| Checking account Stellar Bank Acct# 9511 | $5,917.57 | | $5,917.57 | $5,917.57 |
| Checking account- Wells Fargo Acct# 0481 | $7,361.10 | | $7,361.10 | $7,361.10 |
| Savings account Wells Fargo Acct# 6272 | $100.01 | | $100.01 | $100.01 |
| Checking account Stellar Bank Acct# 6598 | $585.00 | | $585.00 | $585.00 |
| Fabrication Management, LLC- Estimated | $100,000.00 | | $100,000.00 | $100,000.00 |
| Wolf's Lair Ranch, LLC- Estimated | $477,000.00 | | $477,000.00 | $477,000.00 |
| Tax Refund | $10,091.00 | | $10,091.00 | $10,091.00 |
| **TOTALS:** | **$901,101.18** | **$224,606.54** | **$676,494.64** | **$676,494.64** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Wade Darcy Schindewolf**                                    CASE NO
        **Heather Christine Schindewolf**

                                                                CHAPTER   **11**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$2,280,684.35** |
| B. Gross Property Value of Surrendered Property | **$37,350.00** |
| C. Total Gross Property Value (A+B) | **$2,318,034.35** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$469,773.03** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$31,608.10** |
| F. Total Gross Encumbrances (D+E) | **$501,381.13** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$1,947,677.81** |
| H. Total Equity in surrendered items  (B-E) | **$5,741.90** |
| I.  Total Equity  (C-F) | **$1,953,419.71** |
| J. Total Exemptions Claimed | **$1,271,183.17** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$676,494.64** |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wade** | **Darcy** | **Schindewolf** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Heather** | **Christine** | **Schindewolf** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 122B

## Chapter 11 Statement of Your Current Monthly Income     12/21

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than under Subchapter V).**
**If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information**
**applies. On the top of any additional pages, write your name and case number (if known).**

### Part 1:     Calculate Your Current Monthly Income

**1.** **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

> **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this**
> **bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through
> August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill
> in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the
> income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| **2.** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $17,948.72 | $17,948.72 |
| **3.** | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

**5.** **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

Debtor 1    **Wade Darcy Schindewolf**
Debtor 2    **Heather Christine Schindewolf**

Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|

**6.   Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

**7.   Interest, dividends, and royalties** — $0.00 | $0.00

**8.   Unemployment compensation** — $0.00 | $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................↓

For you............................................................... $0.00

For your spouse.................................................. $0.00

**9.   Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $0.00 | $0.00

**10.   Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____

_____

Total amounts from separate pages, if any. + _____ + _____

**11.   Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$17,948.72 + $17,948.72 = **$35,897.44**

**Total current monthly income**

Debtor 1   **Wade Darcy Schindewolf**
Debtor 2   **Heather Christine Schindewolf**                     Case number (if known) _____

| Part 2: | Sign Below |
|---------|-----------|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Wade Darcy Schindewolf**_____
   Wade Darcy Schindewolf, Debtor 1

Date **04/22/2025**_____
   MM / DD / YYYY

X **/s/ Heather Christine Schindewolf**_____
   Heather Christine Schindewolf, Debtor 2

Date **04/22/2025**_____
   MM / DD / YYYY

04/22/2025 01:44:27pm

## Current Monthly Income Calculation Details

In re: **Wade Darcy Schindewolf**　　　　　　　　Case Number:
　　　　**Heather Christine Schindewolf**　　　　Chapter:　　　**11**

**2.　　Gross wages, salary, tips, bonuses, overtime and commissions.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Fabrication Mgmt, LLC** | | | | | | |
| | $23,076.92 | $23,076.92 | $11,538.46 | $15,384.62 | $7,692.31 | $26,923.08 | **$17,948.72** |
| **Spouse** | **Fabrication Mgmt, LLC** | | | | | | |
| | $23,076.92 | $11,538.46 | $23,076.92 | $15,384.62 | $7,692.31 | $26,923.08 | **$17,948.72** |